IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| IN RE: ) | | |
| PARVIS NAFFIS AND VICKY NAFFIS ) | | Chapter 7 |
|     Debtor ) | | Case No.: **14-28711** |
| ) | | |
| **PARVIS NAFFIS** ) | | |
|     Plaintiff ) | | |
| ) | | |
| Vs. ) | | Adversary Case No.: **15-00078** |
| ) | | |
| **XEROX EDUCATION SOLUTIONS,** ) | | |
| **LLC f/k/a ACS Education Solutions, LLC**) | | |
| ) | | |
|     Defendant ) | | |

## AMENDED COMPLAINT TO DETERMINE DISCHARGABILITY OF DEBT

NOW COMES, Parvis Naffis, Debtor, also referred as "Plaintiff" and files this Complaint to Determine the Dischrgeability of Student Loans against Xerox Education Solutions LLC fka ACS Educations Solutions, LLC "Defendant", and for reasons represent:

1. The Court has jurisdiction to hear this complaint pursuant to Title 11 U.S.C. §523a(8) seeking determination of the dischargeability of a student loan; relate to the administration of the estate, and therefore, this Complaint is a core proceeding as founded in 28 U.S.C.§157(b)(2)(A) and (K) and 28 U.S.C. §1334.

2. The venue is this Court is pursuant to 28 U.S.C. §1408 and §1409.

3. Plaintiff is a Debtor in this Chapter 7 Bankruptcy case.

4. The Defendant is an educational lender or guarantor of educational loans doing business in the State of Maryland and are Creditors in these proceedings.

5. The Debtor obtained loans from the Defendant to finance his son's college education at various institutions of higher learning.

6. The Debtor is Seventy-Three (73) years old.

7. The Debtor in March 31st, 2012 became severely ill and required a series of surgeries which resulted in the loss of approximately half of his intestines. In March, 2013 Debtor due to his health problems was forced to close his business and was forced into retirement due to his health.

8. Since March 31, 2012 the Debtor was unable to work due to the permanent injury occasioned by his illness. Debtor has pervasive problems with breathing, walking, concentration, memory loss, absorption of nutrition which leads to general body fatigue and weakness. Debtor also suffers from heart disease (history of four by-pass surgeries); high blood pressure; hyperthyroidism; depressions and takes medication for each of these conditions.

9. The sole income of the Debtor is Social Security Disability Income. The income of the Debtor is barely sufficient to meet his living expenses and is not sufficient to meet his living expenses and is not sufficient to pay and payment on the educational loans.

10. Debtor has made a good faith effort to repay the educational loans but due to compounding of interest a debt that started at $72,000.00 due to interest charges grew to well over $300,000.00. Accordingly, Debtor was unable to maintain regular payments, and unable to make any payment at all now or in the future. His last payment on the debt was in 2002.

11. The amount due to the Defendant is in excess of $300,000.00.

12. Based upon the current income of the Debtor, the current living expenses of the Debtor, and unlikely hood of future employment, the educational loans of the Defendant present an undue hardship upon the Debtor.

WHEREFORE, the Debtor prays for the following relief:

    A.    That the educational loans or benefits due and owing to Defendants be discharged in this Chapter 7 Bankruptcy Proceeding pursuant to Title 11 U.S.C. §523a(8).

    B.    That the Debtor has such other and further relief as the nature of his cause may require.

    Respectfully Submitted,

*/s/ Kim Parker*

_____

**KIM PARKER, ESQ. (BAR#23894)**
**COUNSEL TO DEBTOR**
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
E. kp@kimparkerlaw.com

## STATEMENT REGARDING CORE AND NON-CORE PROCEEDINGS

Pursuant to Local Bankruptcy Rule 7012-1 as Amended, Plaintiff's consent's to final entry of Orders and judgments in the underlying matter.

    */s/ Kim Parker*

    _____

    Kim Parker, Esq.