```
                         United States Bankruptcy Court
                              District of Maryland
Naffis,
         Plaintiff                                           Adv. Proc. No. 15-00078-NVA

XEROX EDUCATION SOLUTIONS, LLC , FKA AC,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: jwhitfiel          Page 1 of 1            Date Rcvd: Feb 27, 2015
                              Form ID: sumprtrl        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2015.
pla            +Parvis Naffis,    13621 Barton Road,    Phoenix, Md 21131-1517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2015 at the address(es) listed below:
              Kim D. Parker    kp@kimparkerlaw.com,   dcn@kimparkerlaw.com,ecf_notices@kimparkerlaw.com,
               lawclerk@kimparkerlaw.com
                                                                                             TOTAL: 1

Form sumprtrl (01/10)

## UNITED STATES BANKRUPTCY COURT

District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

**In Re:**　　　　　　　　　　　　　　　　　Case No.:　　14–28711
Parvis Naffis and Vicky Naffis　　　　　　　Chapter:　　7
Debtor(s)

　　　　　　　　　　　　　　　　　　　　　Adversary No.:　15–00078
**Plaintiff(s)**　　　　　　　　　　　　　　　Judge:　　　Nancy V. Alquist
Parvis Naffis


VS.

Defendant(s)
XEROX EDUCATION SOLUTIONS, LLC , FKA
ACS Education Solutions, LLC

---

### SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

**To the above named defendant(s):**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

　　　　Kim D. Parker
　　　　Law Offices of Kim Parker, P.A.
　　　　2123 Maryland Avenue
　　　　Baltimore, MD 21218


either a motion or an answer to the complaint which is now served upon you.

　　If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

　　The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

　　YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

　　　　5/13/15 at 02:00 PM

　　　　101 W. Lombard Street, Courtroom 2–A, Baltimore, MD 21201

Dated: 2/27/15

　　　　　　　　　　　　　　　　　　　　　　Mark A. Neal, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　by Deputy Clerk, Jennifer Whitfield
　　　　　　　　　　　　　　　　　　　　　　301–344–3326



Feb 27, 2015
s/ Mark A. Neal
Clerk of the
Bankruptcy Court