**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF MARYLAND**
Baltimore Division

| | | |
|---|---|---|
| IN RE: | ) | |
| PARVIS NAFFIS AND VICKY NAFFIS | ) | Chapter 7 |
| Debtor | ) | Case No.: **14-28711** |
| | ) | |
| | ) | |
| **PARVIS NAFFIS** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| Vs. | ) | Adversary Case No.: **15-00078** |
| | ) | |
| | ) | |
| **XEROX EDUCATION SOLUTIONS,** | ) | |
| **LLC f/k/a ACS Education Solutions** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## REQUEST FOR ORDER OF DEFAULT

WILL THE CLERK OF THE COURT, Please issue Default against, Defendant, **XEROX**

**EDUCATION SOLUTIONS, LLC**, for failure to plead.

The Defendant was served on **March 17, 2015., at 8:41** a.m., at CSC-LAWYERS

INCORPORATING SERVICE COMPANY, 7 ST. PAUL STREET, SUITE 820, BALTIMORE,

MD 21202. **Exhibit A**

The Defendant has failed to plead or otherwise respond to Plaintiff's Complaint.

Respectfully Submitted,

/s/ Kim Parker

_____
**KIM PARKER, ESQ. (BAR#23894)**
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
E. kp@kimparkerlaw.com

## Certificate of Service

I HEREBY CERTIFY that on this 30th day of April, 2015, Plaintiff's Request for Default, was mailed first class mail, postage prepaid to:

**Xerox Corporation
Attention: General Counsel
45 Glover Avenue
Norwalk, CT 06856-4505**

/s/ Kim Parker

_____

**KIM PARKER
COUNSEL FOR PLAINTIFF**

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND**
Baltimore Division

| | | |
|---|---|---|
| IN RE: | ) | |
| PARVIS NAFFIS AND VICKY NAFFIS | ) | Chapter 7 |
| Debtor | ) | Case No.:  **14-28711** |
| | ) | |
| | ) | |
| **PARVIS NAFFIS** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| Vs. | ) | Adversary Case No.: **15-00078** |
| | ) | |
| | ) | |
| **XEROX EDUCATION SOLUTIONS,** | ) | |
| **LLC f/k/a ACS Education Solutions** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**ORDER GRANTING DEFAULT**

Upon consideration of the Plaintiff's, Request for an Order of Default against Defendant,

Xerox Education Solutions, LLC., fka ACS Education Solutions, it appearing that good cause

having been stated, it is hereby this day, ORDERED, that the Request is Granted, and that

Defendant is in Default, for failure to plead or otherwise respond to Plaintiff's Complaint.

End of Order

cc
Kim Parker, Esq.
Xerox Education Solutions, LLC