Date: March 18, 2015

Letter Stream:

The following is in response to your March 18, 2015 request for delivery information on your Certified Mail™ item number 71147344282021257255. The delivery record shows that this item was delivered on March 17, 2015 at 8:41 am in BALTIMORE, MD 21202. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service