United States Bankruptcy Court
District of Maryland

Naffis,
          Plaintiff                                              Adv. Proc. No. 15-00078-NVA

XEROX EDUCATION SOLUTIONS, LLC , FKA AC,
          Defendant

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0416-1 | User: jwhitfiel | Page 1 of 1 | Date Rcvd: Dec 30, 2015 |
| | Form ID: pdfall | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2016.
pla             +Parvis Naffis,    13621 Barton Road,    Phoenix, Md 21131-1517
dft             +XEROX EDUCATION SOLUTIONS, LLC , FKA ACS Educatio,    CSC-LAWYERS INCORPORATING SERVICE COMPAN,
                  7 ST. PAUL STREET,    SUITE 820,    BALTIMORE, MD 21202-1681

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2015 at the address(es) listed below:
              Kim D. Parker    kp@kimparkerlaw.com,    dcn@kimparkerlaw.com,ecf_notices@kimparkerlaw.com,
                lawclerk@kimparkerlaw.com
                                                                                             TOTAL: 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

| | |
|---|---|
| **In re:** | Case No. 14−28711 − NVA |
| **Parvis Naffis and Vicky Naffis**<br>**Debtor(s)** | Chapter 7 |
| **Plaintiff(s)**<br>**Parvis Naffis** | Adversary No. 15−00078 |

**vs.**

**Defendant(s)**
**XEROX EDUCATION SOLUTIONS, LLC , FKA ACS Education Solutions, LLC**

## NOTICE OF CONTEMPLATED DISMISSAL FOR
## NON−PROSECUTION OF ADVERSARY PROCEEDING

   NOTICE IS HEREBY GIVEN, pursuant to Local Rule 7055−1 that, because it appears no legal pleading or other significant activity has occurred in this adversary proceeding for the past (6) months, the Court will dismiss this proceeding unless, within thirty (30) days hereof, good and sufficient cause is shown in writing why the same should not be dismissed.

Date of issuance: 12/30/15

                                        Mark A. Neal, Clerk of Court
                                        by Deputy Clerk, Jennifer Whitfield
                                        301−344−3326

cc: See Attached Service List

**19.2 −** *jwhitfield*