

**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: ) | |
| PARVIS NAFFIS AND VICKY NAFFIS ) | Chapter 7 |
|     Debtor ) | Case No.: **14-28711** |
| ) | |
| **PARVIS NAFFIS** ) | |
|     **Plaintiff** ) | |
| Vs. ) | Adversary Case No.: **15-00078** |
| **XEROX EDUCATION SOLUTIONS,** ) | |
| **LLC f/k/a ACS Education Solutions** ) | |
|     **Defendant** ) | |

## ORDER GRANTING DEFAULT

Upon consideration of the Plaintiff's, Motion for Default Judgment against Defendant, Xerox Education Solutions, LLC., fka ACS Education Solutions, it appearing that good cause having been stated, it is hereby this day, ORDERED, that the Request is Granted, and that Defendant is in Default, for failure to plead or otherwise respond to Plaintiff's Complaint. It is further Ordered, that the educational loan owed to Xerox Education Solutions, LLC., fka ACS Education Solutions, by the Plaintiff is discharged pursuant to the March 17, 2015, Discharge Order.

1

End of Order

cc
Kim Parker, Esq.-Counsel to Plaintiff
Xerox Education Solutions, LLC –Defendant

2