```
                         United States Bankruptcy Court
                               District of Maryland
Naffis,
          Plaintiff                                        Adv. Proc. No. 15-00078-NVA

XEROX EDUCATION SOLUTIONS, LLC , FKA AC,
          Defendant            CERTIFICATE OF NOTICE

District/off: 0416-1           User: jwhitfiel           Page 1 of 1           Date Rcvd: Feb 19, 2016
                               Form ID: pdfall           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2016.
```
pla            +Parvis Naffis,    13621 Barton Road,    Phoenix, Md 21131-1517
dft            +XEROX EDUCATION SOLUTIONS, LLC , FKA ACS Educatio,    CSC-LAWYERS INCORPORATING SERVICE COMPAN,
                 7 ST. PAUL STREET,   SUITE 820,   BALTIMORE, MD 21202-1681
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2016 at the address(es) listed below:
```
              Kim D. Parker    kp@kimparkerlaw.com,   dcn@kimparkerlaw.com,ecf_notices@kimparkerlaw.com,
               lawclerk@kimparkerlaw.com
                                                                                                 TOTAL: 1
```



IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:  )<br>PARVIS NAFFIS AND VICKY NAFFIS  )<br>        Debtor  )<br>  )<br>_____  )<br>**PARVIS NAFFIS**  )<br>        **Plaintiff**  )<br>  )<br>Vs.  )<br>  )<br>  )<br>**XEROX EDUCATION SOLUTIONS,**  )<br>**LLC f/k/a ACS Education Solutions**  )<br>  )<br>        **Defendant**  )<br>_____  ) | Chapter 7<br>Case No.: **14-28711**<br><br><br><br><br><br>Adversary Case No.: **15-00078** |

## ORDER GRANTING DEFAULT

Upon consideration of the Plaintiff's, Motion for Default Judgment against Defendant, Xerox Education Solutions, LLC., fka ACS Education Solutions, it appearing that good cause having been stated, it is hereby this day, ORDERED, that the Request is Granted, and that Defendant is in Default, for failure to plead or otherwise respond to Plaintiff's Complaint. It is further Ordered, that the educational loan owed to Xerox Education Solutions, LLC., fka ACS Education Solutions, by the Plaintiff is discharged pursuant to the March 17, 2015, Discharge Order.

1

End of Order

cc
Kim Parker, Esq.-Counsel to Plaintiff
Xerox Education Solutions, LLC –Defendant