IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| IN RE: | ) | |
| PARVIS NAFFIS AND VICKY NAFFIS | ) | Chapter 7 |
|     Debtor | ) | Case No.: **14-28711** |
| | ) | |
| | ) | |
| **PARVIS NAFFIS** | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| Vs. | ) | Adversary Case No.: **15-00078** |
| | ) | |
| | ) | |
| THE DEPARTMENT OF EDUCATION, | ) | |
| *Et al* | ) | |
| | ) | |
|     **Defendant** | ) | |
| | ) | |

<u>AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT</u>

**WILL THE CLERK OF THE COURT,** please note that Plaintiff has served United States Department of Education ("Defendant"), pursuant to Federal Rule of Bankruptcy Procedure 7004, via first class mail postage prepaid, on this 1st day of September, 2016, to:

<u>PURSUANT TO 34 C.F.R. § 4.1</u>
United States Department of Education
Attention: James Cole, Jr., General Counsel
400 Maryland Avenue, SW
Washington, DC 20202

<u>WITH COPY OF SERVICE ON:</u>
United States Attorney's Office
Attention: Rod J. Rosenstein, Attorney General
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201

Attorney General of the United States

Attention: Loretta Lynch
950 Pennsylvania Avenue, NW
Room B-103
Washington, DC 20530

                          Respectfully Submitted,

                          /s/ Kim Parker/s/
                          _____
                          **KIM PARKER, ESQ. (BAR#23894)**
                          LAW OFFICES OF KIM PARKER, P.A.
                          2123 Maryland Avenue
                          Baltimore, Maryland 21218
                          410-234-2621
                          F: 410-234-2612
                          E. kp@kimparkerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1ST day of September, 2016, Affidavit of Service, was mailed first class mail, postage prepaid to:

**SARAH MARQUARDT, ESQUIRE**
Counsel to U.S. Department of Educations
Sarah.Marquardt@usdoj.gov
Courtesy Copy Via Email

United States Department of Education
Attention: James Cole, Jr., General Counsel
400 Maryland Avenue, SW
Washington, DC 20202

**RICHARD GOLDBERG, ESQUIRE**
**ANASTASIA MCCUSKER, ESQUIRE**
Via ECF Filing

**RICHARD BENENSON, ESQUIRE**
Via ECF Filing

/s/ Kim Parker/s/
_____
**KIM PARKER**
**COUNSEL FOR PLAINTIFF**