IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In Re: PARVIS NAFFIS** | |
| **AND VICKY NAFFIS** : | |
| Debtors, | Case No. 14-28711 |
| _____: | Chapter 7 |
| **PARVIS NAFFIS** : | |
| **Plaintiff,** : | |
| | Adversary No. 15-00078 |
| v. : | |
| **U.S. DEPARTMENT OF EDUCATION** *et al* : | |
| **Defendants.** : | |

...o0o...

**MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant U.S. Department of Education (the "Department"), by the undersigned counsel, and hereby requests that the Court extend the time for Defendant to file its motion or answer to Plaintiff's Third Amended Complaint to Determine Dischargeability of Student Loans (the "Complaint") until October 19, 2016, and in support thereof states as follows:

1. In this adversary case, Plaintiff Parvis Naffis seeks a determination that the debt he owes to the U.S. Department of Education is dischargeable under 11. U.S.C. § 523(a)(8). Plaintiff filed his Third Amended Complaint on July 11, 2016.

2. Debtor's Affidavit of Service of Summons and Complaint states that service was effected on the U.S. Attorney's Office for the District of Maryland, U.S. Department of Education, and the Attorney General of the United States on September 1, 2016.

3. Undersigned counsel is in the process of compiling the necessary background information on this matter. Specifically, undersigned counsel is working with the assigned loan

analyst at the U.S. Department of Education to obtain all of Plaintiff's loan paperwork. Additional time is needed to properly compile a responsive pleading based on the Department of Education's factual findings and by conducting legal research and analysis.

4. An extension of time to respond to Plaintiff's Third Amended Complaint until October 19, 2016 will allow Defendant to adequately respond to the allegations set forth in Plaintiff's Third Amended Complaint.

5. Debtor's counsel has graciously consented to this extension of time.

4. A pretrial conference in this matter is currently scheduled for October 5, 2016. Undersigned counsel respectfully requests that the pretrial conference be rescheduled for a date after October 19, 2016.

WHEREFORE, for good cause, based on the foregoing, the Department respectfully requests that the Court grant this Motion and extend the time for it to file its responsive pleading through and including October 19, 2016.

                Respectfully submitted,

                Rod J. Rosenstein
                United States Attorney

                /s/_____
                Sarah A. Marquardt (Federal Bar No. 17294)
                Assistant United States Attorney
                36 South Charles Street, Fourth Floor
                Baltimore, Maryland 21201
                (410) 209-4800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Extension of Time has been electronically filed with the Clerk of the Court by using the CM/ECF system this 3rd day of October, 2016. In addition, the foregoing has been sent via first-class mail to the following non-CM/ECF participant:

ACS Education Services
PO Box 7052
Utica, NY 13504-7052
*Defendant*

Todd A. Hoodenpyle
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
*Counsel for Defendant*
*Xerox Education Solutions, LLC*

_____/s/_____
Sarah A. Marquardt
Assistant United States Attorney