IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **PARVIS NAFFIS AND VICKY NAFFIS**, <br><br>　　Debtors', | Chapter 7 <br> Case No.: **14-28711** |
| **PARVIS NAFFIS** <br><br>　　Plaintiff <br> vs. <br><br> **XEROX EDUCATION SERVICES, LLC, UNITED STATES DEPARTMENT OF EDUCATION  and NELNET,** <br><br>　　Defendants, | Adversary Case No.: **15-00078** |

## DECLARATION OF KIM PARKER, ESQUIRE

　　Additional Discovery is required in order to respond to the issues raised in the Motion to Dismiss or in the Alternative for Summary Judgment. The Plaintiff has a legitimate need for further discovery. The Plaintiff is unable to mount a defense without discovery. The belief that specific facts exist to prove his case and that those facts can be collected through discovery, and that those facts will influence the decision on the motion for summary judgment.

　　1. Plaintiff believes that the discovery of the following facts will assist Plaintiff into proving his claims:

　　a)　　The knowledge of the USDE  and the Defendants regarding the pendency of the Plaintiff's Complaint to Discharge debt;

　　b)　　Why the USDE proceeded with consolidation with knowledge of the pending action?;

      c)      Whether Plaintiff's action in consolidating his student loans were voluntary;

      d)      Whether Defendants actions amount to fraud, trickery and deceit and whether this Court could fashion a remedy to redress said fraud;

      e)      Whether the USDE was complicit, in paying off the students loan debt, knowing or having good reason to know, that the likelihood of Plaintiff's success on his Complaint was good; thus depriving this Court of an opportunity to render a decision on the merits of Plaintiff's Complaint;

      f)      Whether the transfer of the debt violated established Bankruptcy laws.

      g)      The statements made to the Plaintiff by the Defendant's agents in coercing him to consolidate his student loans;

      h)      What communications, if any, the USDE had with any Defendant in this case; and

      i)      The willfulness of USDE's conduct.

      j)      The policies and procedures of USDE regarding consolidation of the student loans;

      2.      The deposition of the Defendants will reveal additional information germane to the factual material and facts needed to compile additional affidavits.

                                                          /s/_____
                                                       Kim Parker, Esquire
                                                       Counsel to Plaintiff