**DENIED**

THE PENDING MOTION [68] IS A MOTION TO DISMISS (OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT). DISCOVERY IS NOT NECESSARY TO RESPOND TO A MOTION TO DISMISS. IN THE EVENT THAT THE PLAINTIFF BELIEVES THAT THERE ARE MATERIAL DISPUTED FACTS THAT WARRANT FURTHER DISCOVERY, THIS MAY BE RAISED, WITH PARTICULARITY, IN A RESPONSE TO THE REQUEST FOR SUMMARY JUDGMENT.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **PARVIS NAFFIS AND VICKY NAFFIS**, <br><br> Debtors', | Chapter 7 <br> Case No.: **14-28711** |
| **PARVIS NAFFIS** <br><br> Plaintiff <br> vs. <br><br> **XEROX EDUCATION SERVICES, LLC, UNITED STATES DEPARTMENT OF EDUCATION and NELNET,** <br><br> Defendants, | Adversary Case No.: **15-00078** |

### ORDER GRANTING PLAINTIF'S MOTION FOR DISCOVERY

Upon consideration of the Plaintiff Motion to Stay Response to Defendant United States Department of Education Motion for Summary Judgement and For Discovery Pursuant to FRCP 56(D), it is hereby this day, ORDERED that the Motion is granted and it is further ORDERED that Defendant's United States Department of Education Motion for Summary Judgment is denied without prejudice.

END OF ORDER

cc:

Kim Parker, Esquire
Counsel for Plaintiff

Sara A. Marquardt, Esquire
Counsel for Defendant U.S. Department of Education

Richard Barry Benenson, Esq.
Counsel for Defendant NelNet

Richard Marc Goldberg, Esq
Anastasia L. McCusker, Esq.
Counsel for Defendant Xerox Education Services, LLC

END OF ORDER

