**SO ORDERED**

NO TIMELY OPPOSITION.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In Re: PARVIS NAFFIS AND VICKY NAFFIS** : | |
| Debtors, : | Case No. 14-28711 |
| _____ : | Chapter 7 |
| **PARVIS NAFFIS** : | |
| Plaintiff, : | |
| : | Adversary No. 15-00078 |
| v. : | |
| Defendants. : | |

...o0o...

### ORDER

Before the Court is Defendant U.S. Department of Education's Motion for Summary Judgment or, in the Alternative, to Dismiss Adversary Proceeding (ECF No. 68).

The Court finds that Defendant U.S. Department of Education has set forth sufficient cause to grant the relief requested.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland:

**ORDERED** that the motion is granted; and it is further

**ORDERED** that U.S. Department of Education is dismissed with prejudice as a party to this proceeding; and

**ORDERED** that the Clerk of the Court transmit copies of this Order to counsel/parties of record.

CC:

Kim Parker, Esq.
The Law Office of Kim Parker, P.A.
2123 Maryland Avenue Baltimore, MD 21218
*Counsel for Plaintiff*

ACS Education Services
PO Box 7052
Utica, NY 13504-7052
*Defendant*

Todd A. Hoodenpyle
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
*Counsel for Defendant*
*Xerox Education Solutions, LLC*

Sarah A. Marquardt
Assistant United States Attorney
36 S. Charles, 4th Floor
Baltimore, Maryland 21201
*Counsel for U.S. Department of Education*

**END OF ORDER**