Entered: January 16th, 2018
Signed: January 12th, 2018

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | | |
|---|---|---|
| **In Re:** | * | |
| **PARVIS AND VICKY NAFFIS** | * | **CASE NO.  14-28711  NVA** |
| **Debtor** | * | **CHAPTER: 7** |

.................................................................

| | | |
|---|---|---|
| **PARVIS AND VICKY NAFFIS** | * | |
| **Plaintiff** | * | |
| **vs.** | * | **ADV. NO.  15-00078 NVA** |
| **XEROX EDUCATION SOLUTIONS, et al**<br>**Defendants** | * | |

### JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL

The relief set forth on the following pages, is hereby **ORDERED.**

A pretrial conference having been scheduled pursuant to Fed.R.Civ.P 16(b) and (e), made

applicable to these proceedings by Fed.R.Bankr.P. 7016, it is **ORDERED** that

1. Expert witnesses and reports are to be disclosed and furnished by **April 10, 2018.**

2. Written discovery will be completed by **June 11, 2018.**

1

3.  Mandatory status conference is to be scheduled prior to filing any summary judgment motions by any party. (Please contact Courtroom Deputy to schedule a hearing date).

4.  A status report form counsel setting forth fully the status of the case is due on N/A.

5.  The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016-1(c), and copies exchanged with opposing counsel by **July 16, 2018.**

### INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE-FILED.

Each set of pre-filed Exhibits shall be bound, or in loose leaf cover, and shall begin with the exhibit list identifying each exhibit my number.  Each exhibit shall be tabbed by exhibit number.

### IF EXHIBITS ARE NOT PRE-FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE.

6.  Exhibits not objected to in writing by **July 30, 2018** will stand as admitted into evidence.

7.  All parties must file pre-trial statements in conformity with Local Bankruptcy Rule 7016-1(b) by **July 16, 2018**.

8.  A status conference will be held on **August 1, 2018 at 2:00 pm in Courtroom 2-A**.

9.  Trial time estimate is one day**.**

10. Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs if desired by the party, and binders with courtesy copies of pre-marked exhibits delivered to Judge Alquist's Chambers no later than **July 31, 2018**.

11. All parties must bring to Court at least an original and three copies of any items intended to be introduced into evidence, as well as a copy for each adversary. (This requirement is waived if documentary evidence is presented using our courtroom technology.  In this instance, the Court needs only an original and one copy).

12. **TRIAL IS SET FOR AUGUST 16, 2018 AND AUGUST 17, 2018 AT 10:00 AM, RESPECTIVELY IN COURTROOM 2-A.**

13. No jury trial is demanded.

2

13. No jury trial is demanded.

14. Statement as to consent to entry of final order by this Court.

   Plaintiff's statement:

   > The Plaintiff ___ consent to the Court's entry of final orders/judgment.
   > The Plaintiff ___ does not consent to the Court's entry of final orders/judgment.

   Defendant's statement:

   > The Defendant _X__ consents to the Court's entry of final orders/judgment.
   > The Defendant ___ does not consent to the Court's entry of final orders/judgment.

15. Statement as to nature of proceeding.

   Plaintiff's statement:

   > The Plaintiff ___ asserts that this is a core proceeding.
   > The Plaintiff ___ asserts that this is not a core proceeding.

   Defendant's statement:

   > The Defendant __X_ asserts that this is a core proceeding.
   > The Defendant ___ asserts that this is not a core proceeding.

16. Statement as to Constitutional Authority of this Article I Court and its ability to enter final orders or judgments consistent with Article III of the United States Constitution absent the consent of the parties.

   Plaintiff's statement:

   > The Court ___ can enter final judgment absent consent.
   > The Court ___ cannot enter final judgment absent consent.

   Defendant's statement:

   > The Court _X__ can enter final judgment absent consent.
   > The Court ___ cannot enter final judgment absent consent

17. Counsel is expected to notify Chambers as soon as possible if a matter has settled and will not be going forward.  Counsel is advised, however, that a hearing will not be continued merely because settlement discussions are underway.

18. A motion to approve a settlement in an adversary proceeding must be filed in both the main case and the adversary proceedings.

Agreed:


_____

On behalf of Plaintiff


_____/s/_____

Anastasia L. McCusker, Bar No. 29533
alm@shapirosher.com
Shapiro Sher Guinot & Sandler
250 W. Pratt Street, Ste. 2000
Baltimore, MD21201
 and
Todd A. Hoodenpyle
State Bar No. 00798265
hoodenpyle@singerlevick.com
Singer & Levick, P.C.
16200 Addison Road, Ste 140
Addison, Texas 75001

_____

On behalf of Defendant Xerox Education
Services, LLC


**END OF ORDER**

13. Jury trial is demanded.

14. Statement as to consent to entry of final order by this Court.

Plaintiff's statement:

The Plaintiff _X_ consent to the Court's entry of final orders/judgment.
The Plaintiff ___ does not consent to the Court's entry of final orders/judgment.

Defendant's statement:

The Defendant _X_ consents to the Court's entry of final orders/judgment.
The Defendant ___ does not consent to the Court's entry of final orders/judgment.

15. Statement as to nature of proceeding.

Plaintiff's statement:

The Plaintiff _X_ asserts that this is a core proceeding.
The Plaintiff ___ asserts that this is not a core proceeding.

Defendant's statement:

The Defendant _X_ asserts that this is a core proceeding.
The Defendant ___ asserts that this is not a core proceeding.

16. Statement as to Constitutional Authority of this Article I Court and its ability to enter final orders or judgments consistent with Article III of the United States Constitution absent the consent of the parties.

Plaintiff's statement:

The Court _X_ can enter final judgment absent consent.
The Court ___ cannot enter final judgment absent consent.

Defendant's statement:

The Court _X_ can enter final judgment absent consent.
The Court ___ cannot enter final judgment absent consent

3

17. Counsel is expected to notify Chambers as soon as possible if a matter has settled and will not be going forward. Counsel is advised, however, that a hearing will not be continued merely because settlement discussions are underway.

18. A motion to approve a settlement in an adversary proceeding must be filed in both the main case and the adversary proceedings.

Agreed:

_____
KIM PARKER  Bar # 23894  Kim Parker, PA
On behalf of Plaintiff   Law Offices of Kim Parker, PA
2123 Maryland Ave
Baltimore, MD 21218
(O) 410-234-2621

_____/s/_____   (F) 410-234-2612
Anastasia L. McCusker, Bar No. 29533
alm@shapirosher.com        FsP@KimParkerLaw.com
Shapiro Sher Guinot & Sandler
250 W. Pratt Street, Ste. 2000
Baltimore, MD 21201
and
Todd A. Hoodenpyle
State Bar No. 00798265
hoodenpyle@singerlevick.com
Singer & Levick, P.C.
16200 Addison Road, Ste 140
Addison, Texas 75001

_____
On behalf of Defendant Xerox Education
Services, LLC

**END OF ORDER**

4