# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** § § | | |
| **PARVIS NAFFIS AND VICKY NAFFIS,** § § | **Chapter 7** | |
| | **Case No. 14-28711-NVA** | |
| Debtors. § § § § | | |

| | | |
|---|---|---|
| **PARVIS NAFFIS,** § § | | |
| Plaintiff, § § | | |
| v. § | **Adversary Case No. 15-00078** | |
| § § | | |
| **XEROX EDUCATION SOLUTIONS, LLC** § § § | | |
| Defendant. § | | |

## DEFENDANT XEROX EDUCATION SERVICES, LLC'S NOTICE OF SERVICE OF WRITTEN DISCOVERY TO PLAINTIFF

I hereby certify that on the 17th day of January, 2018, copies of the following were served by electronic mail to the parties listed below: (i) Defendant Xerox Education Services, LLC's First Request for Production to Plaintiff; (ii) Defendant Xerox Education Services, LLC's First Set of Interrogatories to Plaintiff and (iii) Defendant Xerox Education Services, LLC's First Request For Admissions to Plaintiff.

    Kim Parker, Esquire
    Law Offices of Kim Parker, P.A.
    2123 Maryland Avenue
    Baltimore Maryland 21218
    E-mail: kp@kimparkerlaw.com
    *Counsel to Plaintiff*

1

Dated: January 18, 2018   */s/ Anastasia L. McCusker*
Anastasia L. McCusker, Bar No. 29533
alm@shapirosher.com
Richard M. Goldberg, Bar No. 07994
rmg@shapirosher.com
Shapiro Sher Guinot & Sandler
250 W. Pratt Street, Ste. 2000
Baltimore, MD 212101
(410) 385-0202

A<small>TTORNEYS FOR</small> D<small>EFENDANT</small>
X<small>EROX</small> E<small>DUCATION</small> S<small>ERVICES</small> , LLC

2