# Exhibit A

| | |
|---|---|
| **From:** | Todd Hoodenpyle <hoodenpyle@singerlevick.com> |
| **Sent:** | Friday, June 15, 2018 10:51 AM |
| **To:** | Cyreka Jacobs, JD |
| **Cc:** | Anastasia L. McCusker; Kim Parker, Esquire; Candace Turner [Contractor] |
| **Subject:** | RE: Renewed Request for Deposition Dates |

The address for the deposition is:

510 Bleecker St, Utica NY 13501

---

**From:** Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com>
**Sent:** Thursday, June 14, 2018 10:11 AM
**To:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>
**Cc:** Anastasia L. McCusker <alm@shapirosher.com>; Kim Parker, Esquire <kp@kimparkerlaw.com>; Candace Turner [Contractor] <lawclerk@kimparkerlaw.com>
**Subject:** RE: Renewed Request for Deposition Dates

Hello,

Can you please confirm the location?

Utica, NY?

---

**From:** Cyreka Jacobs, JD
**Sent:** Monday, June 11, 2018 5:19 PM
**To:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>
**Cc:** Anastasia L. McCusker <alm@shapirosher.com>; Kim Parker, Esquire <kp@kimparkerlaw.com>; Candace Turner [Contractor] <lawclerk@kimparkerlaw.com>
**Subject:** RE: Renewed Request for Deposition Dates

Thank you.

---

**From:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>
**Sent:** Monday, June 11, 2018 5:12 PM
**To:** Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com>
**Cc:** Anastasia L. McCusker <alm@shapirosher.com>; Kim Parker, Esquire <kp@kimparkerlaw.com>; Candace Turner [Contractor] <lawclerk@kimparkerlaw.com>
**Subject:** Re: Renewed Request for Deposition Dates

My client's corp rep is available on July 17 in Utica.  I will get the address shortly.

Sent from my iPad

On Jun 8, 2018, at 1:48 PM, Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com> wrote:

> Thanks!

**From:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>
**Sent:** Friday, June 8, 2018 2:48 PM
**To:** Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com>; Anastasia L. McCusker <alm@shapirosher.com>
**Cc:** Kim Parker, Esquire <kp@kimparkerlaw.com>; Candace Turner [Contractor] <lawclerk@kimparkerlaw.com>
**Subject:** RE: Renewed Request for Deposition Dates

Let me check on July 17.

**From:** Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com>
**Sent:** Friday, June 8, 2018 1:46 PM
**To:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>; Anastasia L. McCusker <alm@shapirosher.com>
**Cc:** Kim Parker, Esquire <kp@kimparkerlaw.com>; Candace Turner [Contractor] <lawclerk@kimparkerlaw.com>
**Subject:** RE: Renewed Request for Deposition Dates

Ms. Parker will not be available on the 9th. She has trial scheduled for that day and the following. Please provide additional dates in July.

**From:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>
**Sent:** Friday, June 8, 2018 2:43 PM
**To:** Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com>; Anastasia L. McCusker <alm@shapirosher.com>
**Cc:** Kim Parker, Esquire <kp@kimparkerlaw.com>; Candace Turner [Contractor] <lawclerk@kimparkerlaw.com>
**Subject:** RE: Renewed Request for Deposition Dates

We previously provided July 9, let me know if that will work.  She is not available July 10-14.

**From:** Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com>
**Sent:** Friday, June 8, 2018 1:38 PM
**To:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>; Anastasia L. McCusker <alm@shapirosher.com>
**Cc:** Kim Parker, Esquire <kp@kimparkerlaw.com>; Candace Turner [Contractor] <lawclerk@kimparkerlaw.com>
**Subject:** Renewed Request for Deposition Dates

Mr. Hoodenpyle,

We are still waiting proposed deposition dates for your Corporate Designee. Can you please provide dates in July when your Corporate Designee can be deposed? Ms. Parker is available July 2, 11, 13 and 17.

Thanks.

**Cyreka Jacobs, JD**| Litigation Clerk II
The Law Office of Kim Parker, P.A.
 2123 Maryland Avenue Baltimore, MD 21218
410-234-2621 | Facsimile 410-234-2612
Website: www.kpcounsel.com
Email: legalclerk@kimparkerlaw.com

<image001.png>

2

This is an e-mail transmission from the law firm of Kim Parker, P.A. that may contain confidential and/or privileged information, attorney work product or content exempt from disclosure under applicable law.  If you received this message in error or you are not a named recipient, please notify the sender by reply e-mail or by calling 410-234-2621  Additionally, please delete the electronic message and destroy any copies of the message.  Any disclosure, dissemination, distribution, reproduction or other use of the message by an unauthorized recipient is prohibited.  Thank you.

**IRS CIRCULAR 230 DISCLOSURE:**
To ensure compliance with requirements imposed on June 20, 2005 by the United States Treasury, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of 1) avoiding tax-related penalties or 2) promoting, marketing or recommending to another party any tax-related matters addressed in this communications.
**DISCOVERY DISPUTE:**
If this communication references a discovery dispute, please be advised that this communication is our client's good faith effort to resolve a discovery dispute.