# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **14–28711 – NVA**    Chapter: **7**    Adversary No.: **15–00078**

**Parvis Naffis and Vicky Naffis**
Debtors

**Parvis Naffis**
Plaintiff(s)

vs.

**The Dept of Educ Nelnet on behalf of**
Defendant(s)

# NOTICE

PLEASE TAKE NOTICE that a Trial will be held

at 101 W. Lombard Street, Courtroom 2–A, Baltimore, MD 21201

on 10/11/18 at 10:00 AM

to consider and act upon the following:

**CORRECTED NOTICE OF TRIAL ISSUED – TRIAL DATES 10/11/2018 & 10/12/2018 AT 10:00 AM**

38 – Amended Complaint (Third) by Kim D. Parker on behalf of Parvis Naffis against The Dept of Educ Nelnet on behalf of, US Department of Education, Xerox Education Services, LLC. (related document(s)1 Complaint filed by Plaintiff Parvis Naffis, Plaintiff Vicky Naffis). (Attachments: # 1 Appendix Redline Third Amended Complaint) (Parker, Kim). Modified on 7/13/2016 (Whitfield, Jennifer).

47 – Answer to Complaint (3rd Amended) Filed by XEROX EDUCATION SOLUTIONS, LLC, FKA ACS Education Solutions, LLC. (Goldberg, Richard)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/13/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jennifer Whitfield
301–344–3326

Form ntchrgmdb (rev. 12/2003)