THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **PARVIS NAFFIS AND VICKY NAFFIS,** § | | Chapter 7 |
| § | | Case No. 14-28711-NVA |
| Debtor. § | | |
| § | | |
| § | | |
| | | |
| **PARVIS NAFFIS,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Adversary Case No. 15-00078 |
| § | | |
| **XEROX EDUCATION SERVICES, LLC,** § | | |
| § | | |
| § | | |
| Defendant. § | | |

## DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's January 16, 2018 Joint Order Scheduling Pretrial Proceedings and Trial, Defendant Xerox Education Services, LLC submits the following list of exhibits that Defendant may offer into evidence or use for demonstrative purposes during the October 11-12, 2018 trial. This list does not contain rebuttal witnesses; Defendant reserves the right to call any person, regardless of whether identified below, to testify in Defendant's rebuttal case.

| Exhibit Number | Description |
|---|---|
| 1 | Plaintiff's Chapter 7 Petition and Schedules |
| 2 | Order Granting Discharge of Joint Debtors |
| 3 | Federal Direct Consolidation Loan Application and Promissory Note |

**DEFENDANT'S EXHIBIT LIST - Page 1**

This list does not contain exhibits used for purposes of impeachment. Defendant reserves the right to amend this list and/or its reservations contained herein. Defendant reserves the right to utilize all exhibits identified by any other party in connection with the October 11-12, 2018 trial. Defendant reserves the right to utilize any filings or exhibits thereto filed by any party in this litigation. Defendant reserves the right to utilize any document contained within the Court's record of this litigation

Dated: July 16, 2018                    Respectfully submitted,

                                                SINGER & LEVICK, P.C.

                                        By:   */s/ Todd A. Hoodenpyle*
                                                    Todd A. Hoodenpyle
                                                    State Bar No. 00798265
                                                    hoodenpyle@singerlevick.com
                                                    16200 Addison Road, Suite 140
                                                    Addison, Texas 75001
                                                    Tel. (972) 380-5533
                                                    Fax (972) 380-5748

                                                    -and-

                                                    */s/ Anastasia L. McCusker*
                                                    Richard M. Goldberg, Bar No. 07994
                                                    Anastasia L. McCusker, Bar No. 29533
                                                    SHAPIRO SHER GUINOT & SANDLER
                                                    250 W. Pratt Street, Ste. 2000
                                                    Baltimore, MD 212101
                                                    (410) 385-0202
                                                    rmg@shapirosher.com
                                                    alm@shapirosher.com

                                                    **ATTORNEYS FOR DEFENDANT**
                                                    **XEROX EDUCATION SERVICES, LLC**

**DEFENDANT'S EXHIBIT LIST - Page 2**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 16th day of July, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of *Defendant's Exhibit List* will be served electronically by the Court's CM/ECF system on the following:

**Richard Barry Benenson**: rbenenson@bhfs.com, acavallaro@bhfs.com
**Sarah A Marquardt**: sarah.marquardt@usdoj.gov, kate.abrey@usdoj.gov
**Kim D. Parker**: kp@kimparkerlaw.com, dcn@kimparkerlaw.com; ecf_notices@kimparkerlaw.com; lawclerk@kimparkerlaw.com
**Joel W. Ruderman**: Ruderman.joel@pbgc.gov, Gerry.Zinser@usdoj.gov

                                           */s/ Anastasia L. McCusker*
                                           Anastasia L. McCusker