THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: § <br> § <br> **PARVIS NAFFIS AND VICKY NAFFIS,** § <br> § <br> Debtor. § <br> § <br> § | Chapter 7 <br> Case No. 14-28711-NVA |
| **PARVIS NAFFIS,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **XEROX EDUCATION SERVICES, LLC,** § <br> § <br> § <br> Defendant. § | Adversary Case No. 15-00078 |

## DEFENDANT'S WITNESS LIST

Pursuant to the Court's January 16, 2018 Joint Order Scheduling Pretrial Proceedings and Trial, Defendant Xerox Education Services, LLC submits the following list of witnesses who may be called by Defendant in its case-in-chief during the October 11-12, 2018 trial.  This list does not contain rebuttal witnesses; Defendant reserves the right to call any person, regardless of whether identified below, to testify in Defendant's rebuttal case.

| | NAME | OFFERED |
|---|---|---|
| 1 | Jamie Broedel | c/o undersigned counsel |
| 2 | Parvis Naffis | c/o Kim Parker <br> Law Offices of Kim Parker, P.A. <br> 2123 Maryland Avenue <br> Baltimore, Maryland 21218 |

**DEFENDANT'S WITNESS LIST - Page 1**

Dated: July 16, 2018          Respectfully submitted,

                            SINGER & LEVICK, P.C.

By:   */s/ Todd A. Hoodenpyle*
       Todd A. Hoodenpyle
       State Bar No. 00798265
       hoodenpyle@singerlevick.com
       16200 Addison Road, Suite 140
       Addison, Texas 75001
       Tel. (972) 380-5533
       Fax (972) 380-5748

       -and-

       */s/ Anastasia L. McCusker*
       Richard M. Goldberg, Bar No. 07994
       Anastasia L. McCusker, Bar No. 29533
       SHAPIRO SHER GUINOT & SANDLER
       250 W. Pratt Street, Ste. 2000
       Baltimore, MD 212101
       (410) 385-0202
       rmg@shapirosher.com
       alm@shapirosher.com

       **ATTORNEYS FOR DEFENDANT**
       **XEROX EDUCATION SERVICES, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of July, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of *Defendant's Witness List* will be served electronically by the Court's CM/ECF system on the following:

**Richard Barry Benenson**: rbenenson@bhfs.com, acavallaro@bhfs.com
**Sarah A Marquardt**: sarah.marquardt@usdoj.gov, kate.abrey@usdoj.gov
**Kim D. Parker**: kp@kimparkerlaw.com, dcn@kimparkerlaw.com; ecf_notices@kimparkerlaw.com; lawclerk@kimparkerlaw.com
**Joel W. Ruderman**: Ruderman.joel@pbgc.gov, Gerry.Zinser@usdoj.gov

                                                */s/ Anastasia L. McCusker*
                                                Anastasia L. McCusker