# Re: Naffix v. Xerox Education Services, LLC; Adversary No. 15-00078

**Kim Parker, Esquire**

Fri 5/11/2018 5:44 PM

Sent Items

To: Todd Hoodenpyle <hoodenpyle@singerlevick.com>;

Cc: Anastasia L. McCusker <alm@shapirosher.com>; Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com>;

Todd,

I have reviewed the attached documents and they are not responsive. The request for production of documents and interrogatories were narrowly crafted. The documents you provided are not at all what we asked for. First, you failed to identify which documents are responsive to what discovery requests. Second, you provided no correspondence or call recordings. Your call ledger demonstrates several calls and collection notices were made to the Plaintiff. Also, you withheld the Aes documents. You produced no policies nor procedures, statement of accounts, call notes etc. As you know, the AES call notes have detailed summaries of communications. I've had several cases against AES in the past, thus, and familiar with their record keeping practices. The foregoing is a violation of your clients discovery obligations and have severally prejudiced my clients case. This type of gamesmanship is unacceptable.

Again, consistent with my correspondence, please supplement discovery accordingly. If I do not receive complete discovery responses by May 15, 2018, I will file a Motion for Sanctions.

Kim Parker

Respectfully,
Kim Parker, Esq.| Attorney and Counselor at Law
The Law Office of Kim Parker, P.A. | 2123 Maryland Avenue Baltimore, MD 21218
410-234-2621 | Fax 410-234-2612|  Admitted to Practice in Maryland and DC.
Assistant: Destiny Whitaker,  assist@kimparkerlaw.com
Law Clerk  Cyreka Jacobs,   legalclerk@kimparkerlaw.com

Website: www.kpcounsel.com

This is an e-mail transmission from the law firm of Kim Parker, P.A. that may contain confidential and/or privileged information, attorney work product or content exempt from disclosure under applicable law.  If you received this message in error or you are not a named recipient, please notify the sender by reply e-mail or by calling 410-234-2621  Additionally, please delete the electronic message and destroy any copies of the message.  Any disclosure, dissemination, distribution, reproduction or other use of the message by an unauthorized recipient is prohibited.  Thank you.

---

**From:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>
**Sent:** Friday, May 11, 2018 3:00:14 PM
**To:** Kim Parker, Esquire
**Cc:** Anastasia L. McCusker
**Subject:** Naffix v. Xerox Education Services, LLC; Adversary No. 15-00078

Ms. Parker,

Please see the attached documents marked as XES 001 – XES 127 related to the above-described case.

Todd A. Hoodenpyle
Singer & Levick, P.C.
16200 Addison Road, Suite 140

Addison, Texas 75001
(972) 380-5533
(972) 380-5748 (facsimile)
hoodenpyle@singerlevick.com
www.singerlevick.com

The information contained in this message is legally privileged and confidential information which is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or reproduction of this message is strictly prohibited.  If you have received this message in error, please notify us by telephone immediately and return this message to the Law Offices of Singer & Levick, P.C., 16200 Addison Road, Suite 140, Addison, Texas 75001 via United States Postal Services.  Thank you.