**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND**

Baltimore Division

| | |
|---|---|
| IN RE: ) | |
| PARVIS NAFFIS AND VICKY NAFFIS ) | Chapter 7 |
|     Debtor ) | Case No.: **14-28711** |
| ) | |
| **PARVIS NAFFIS** ) | |
|     Plaintiff ) | |
| ) | |
| Vs. ) | Adversary Case No.: **15-00078** |
| ) | |
| **XEROX EDUCATION SOLUTIONS,** ) | |
| **LLC f/k/a ACS Education Solutions** ) | |
| ) | |
|     Defendant ) | |

**PLAINTIFF'S PRE-TRIAL MEMORANDUM**

NOW COMES, Parvis Naffis, "Plaintiff", by his undersigned counsel and submits Plaintiff's Pretrial Memorandum and for reasons states:

**1. Statement of Facts Plaintiff proposes to support his claims.**

Plaintiff filed a voluntary petition under Title 7 of the Bankruptcy Code . Plaintiff subsequently filed an Adversary Proceeding to determine the dischargeability of a student loan debt for which he co-signed for his son. While this case was pending, the Defendant's agent began calling him, in their attempts to

collect the debt, in direct contravention of the bankruptcy laws. Defendant offered to refinance the Plaintiff's student loans, to prevent further action, all the while knowing that Plaintiff was represented by counsel, his bankruptcy case was pending and that any refinance would make the instant adversary proceeding moot. The Plaintiff in this case suffered substantial damages, that is, he was deprived the opportunity to discharge over $300,000 in student loans. Plaintiff intends to prove at trial that the Defendant willfully violated the Automatic Stay by engaging communicating with the Plaintiff after he filed for Bankruptcy, the Fair Debt Collection Practices Act and Maryland Debt Collection Act.

**2. Required amendments to pleadings**

Plaintiff and Defendant have both filed Motions to Modify Scheduling Order, which, as of this writing is pending.

**3. Pleaded, but abandoned, issues.**

None

**4. Stipulations of fact**

None

**5. Details of damage claimed or any other relief sought.**

The Defendant deprived Plaintiff from being able to discharge $326,468, based on the fraudulent inducement to have Plaintiff consolidate his student loans, for which, the Defendant derived a benefit. Plaintiff is entitled to reimbursement of

this amount, plus accrued interest, so that he may satisfy the loan to the U.S. Department of Education.  Moreover, Plaintiff claims damages for violation of the Fair Debt Collections Practices Act ("FDCPA"), for violating §1692d, §1692d(6), §1692e, §1692e(2), §1692e(10) and §1692f, with damages being $6,000(statutory fines of $1,000 for each violation) and compensatory damages of $350,000, plus his reasonable attorney's fees as provided by the FDCPA.  Plaintiff is also seeking damages under the Maryland Debt Collections Act in the amount of $1,000,000.00.  In light of the Defendant's willful conduct, Plaintiff will be seeking punitive damages of $2,500,000.

**6. A list of documents to be offered by the Plaintiff.**

On July 19, 2018, Plaintiff filed a Motion to Extend the time to file his Exhibit List until July 23, 2018.

**7. Names and specialties of expert witnesses that Plaintiff proposes to call.**

None.

**8. Matters that must be resolved before trial.**

The following Motions are pending, Plaintiff's Motion to Bifurcate Trial, Plaintiff's Motion to Modify Scheduling Order and Plaintiff's Motion to Compel and For Sanctions. Moreover, in light of the jury trial prayer in Plaintiff's Complaint, a Pre-Trial Order addressing jury proceedings is in order.

Respectfully Submitted,

THE LAW OFFICES OF KIM PARKER, P.A.

/s/ Kim Parker

_____
Kim Parker, Esquire (#23894)
2123 Maryland Avenue
Baltimore, Maryland 21218
Office: 410-234-2621
Facsimile: 410-234-2612
Email: kp@kimparkerlaw.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July, 2018, a copy of the foregoing Plaintiff's Pre-Trial Memorandum was served on all Counsel of Record via the Courts ECF Filing System.

/s/ Kim Parker/s/

_____
Kim Parker, Esquire
Counsel for Plaintiff