# Exhibit 1

| | |
|---|---|
| **From:** | Anastasia L. McCusker |
| **To:** | Anastasia L. McCusker |
| **Subject:** | FW: Copy of AT&T Subpoena |
| **Date:** | Monday, July 23, 2018 4:02:12 PM |

**From:** Todd Hoodenpyle [mailto:hoodenpyle@singerlevick.com]
**Sent:** Monday, April 30, 2018 2:11 PM
**To:** Anastasia L. McCusker <alm@shapirosher.com>; Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com>
**Cc:** Kim Parker, Esquire <kp@kimparkerlaw.com>; Candace Turner [Contractor] <lawclerk@kimparkerlaw.com>
**Subject:** RE: Copy of AT&T Subpoena

Cyreka,
What is the status of our call? Anastasia and I are available now.

**From:** Anastasia L. McCusker <alm@shapirosher.com>
**Sent:** Thursday, April 26, 2018 8:58 PM
**To:** Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com>
**Cc:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>; Kim Parker, Esquire <kp@kimparkerlaw.com>; Candace Turner [Contractor] <lawclerk@kimparkerlaw.com>
**Subject:** Re: Copy of AT&T Subpoena

Good evening. Confirmed here. Thank you.

Sent from my iPhone

On Apr 26, 2018, at 9:26 PM, Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com> wrote:

> Thank you. When Anastasia confirms, we will confirm this time for the phone conference.
>
> Get Outlook for iOS
>
> **From:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>
> **Sent:** Thursday, April 26, 2018 6:19:50 PM
> **To:** Cyreka Jacobs, JD; Anastasia L. McCusker
> **Cc:** Kim Parker, Esquire; Candace Turner [Contractor]
> **Subject:** RE: Copy of AT&T Subpoena
>
> Todd A. Hoodenpyle
> Singer & Levick, P.C.
> 16200 Addison Road, Suite 140
> Addison, Texas 75001
> (972) 380-5533

(972) 380-5748 (facsimile)
hoodenpyle@singerlevick.com
www.singerlevick.com

---

**From:** Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com>
**Sent:** Thursday, April 26, 2018 4:59 PM
**To:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>; Anastasia L. McCusker <alm@shapirosher.com>
**Cc:** Kim Parker, Esquire <kp@kimparkerlaw.com>; Candace Turner [Contractor] <lawclerk@kimparkerlaw.com>
**Subject:** Re: Copy of AT&T Subpoena

Thank you! Can you please provide your preferred contact number ?

Get Outlook for iOS

---

**From:** Todd Hoodenpyle <hoodenpyle@singerlevick.com>
**Sent:** Thursday, April 26, 2018 4:58:20 PM
**To:** Cyreka Jacobs, JD; Anastasia L. McCusker
**Cc:** Kim Parker, Esquire; Candace Turner [Contractor]
**Subject:** RE: Copy of AT&T Subpoena

I am available on Monday from 1:00 to 2:00 central.  I am not available at the proposed time on Wednesday.  I am available Wednesday morning, and most of the day on Thursday.

---

**From:** Cyreka Jacobs, JD <legalclerk@kimparkerlaw.com>
**Sent:** Thursday, April 26, 2018 3:42 PM
**To:** Anastasia L. McCusker <alm@shapirosher.com>; Todd Hoodenpyle <hoodenpyle@singerlevick.com>
**Cc:** Kim Parker, Esquire <kp@kimparkerlaw.com>; Candace Turner [Contractor] <lawclerk@kimparkerlaw.com>
**Subject:** Copy of AT&T Subpoena

Counsels,

Attached please find the subpoena issued to AT&T on behalf of Mr. Naffis.  Additionally, Ms. Parker is available for the discovery dispute call on Monday from 2:00-3:00pm EST or Wednesday between 1pm-3pm EST. If these dates/times don't work for you, please propose additional dates/times.

Thank you.

Best,

**Cyreka Jacobs, JD**| Litigation Clerk II
The Law Office of Kim Parker, P.A.
 2123 Maryland Avenue Baltimore, MD 21218
410-234-2621 | Facsimile 410-234-2612
Website: www.kpcounsel.com
Email: legalclerk@kimparkerlaw.com

<image001.png>

This is an e-mail transmission from the law firm of Kim Parker, P.A. that may contain confidential and/or privileged information, attorney work product or content exempt from disclosure under applicable law.  If you received this message in error or you are not a named recipient, please notify the sender by reply e-mail or by calling 410-234-2621  Additionally, please delete the electronic message and destroy any copies of the message.  Any disclosure, dissemination, distribution, reproduction or other use of the message by an unauthorized recipient is prohibited.  Thank you.

**IRS CIRCULAR 230 DISCLOSURE:**
To ensure compliance with requirements imposed on June 20, 2005 by the United States Treasury, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of 1) avoiding tax-related penalties or 2) promoting, marketing or recommending to another party any tax-related matters addressed in this communications.
**DISCOVERY DISPUTE:**
If this communication references a discovery dispute, please be advised that this communication is our client's good faith effort to resolve a discovery dispute.