# Exhibit 3

| | |
|---|---|
| **From:** | Todd Hoodenpyle |
| **To:** | Kim Parker, Esquire |
| **Cc:** | Anastasia L. McCusker |
| **Subject:** | Naffix v. Xerox Education Services, LLC; Adversary No. 15-00078 |
| **Date:** | Friday, May 11, 2018 1:54:00 PM |
| **Attachments:** | XES 001-XES 127.pdf |

Ms. Parker,

Please see the attached documents marked as XES 001 – XES 127 related to the above-described case.

Todd A. Hoodenpyle
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
(972) 380-5533
(972) 380-5748 (facsimile)
hoodenpyle@singerlevick.com
www.singerlevick.com

The information contained in this message is legally privileged and confidential information which is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or reproduction of this message is strictly prohibited.  If you have received this message in error, please notify us by telephone immediately and return this message to the Law Offices of Singer & Levick, P.C., 16200 Addison Road, Suite 140, Addison, Texas 75001 via United States Postal Services.  Thank you.