# Exhibit 5

| | |
|---|---|
| **From:** | Anastasia L. McCusker |
| **To:** | Kim Parker, Esquire; Cyreka Jacobs, JD |
| **Cc:** | Todd Hoodenpyle; Emily J. D"Alessandro |
| **Subject:** | Defendant Xerox Education Services, LLC"s Supplemental Discovery Responses and Second Document Production |
| **Date:** | Friday, May 18, 2018 4:12:10 PM |
| **Attachments:** | XES Suppl Answers to Pl."s First Set of Interrogatories-5-18-2018.pdf<br>XES Suppl Resps to Pl."s First Request for Documents-5-18-2018.pdf<br>XES 128-XES 138.pdf |

Good evening Ms. Parker,

Please find attached (i) Xerox Education Services, LLC's Supplemental Objections and Responses to Plaintiff's Request for Production of Documents to Defendant; (ii) Xerox Education Services, LLC's Supplemental Objections and Answers to Plaintiff's First Set of Interrogatories to Defendant and (iii) Xerox Education Services, LLC's second document production.  The attached are also being served via first class mail, postage pre-paid, as you previously requested.

Defendant's Verification for the Supplemental Interrogatory Answers will be provided shortly as we are awaiting a final signature.

Have a nice evening,
Anastasia


**Anastasia L. McCusker**
alm@shapirosher.com

| | |
|---|---|
| **250 West Pratt Street**<br>**Suite 2000**<br>**Baltimore, MD 21201** | **P** 410.385.4241<br>**F** 410.539.7611 |



------------------------------ NOTICE -------------------------------
In accordance with Internal Revenue Service rules, any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of (i) avoiding penalties which may be imposed on the recipient by the IRS or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.
-----------------------------------------------------------------
This e-mail and its attachments are confidential and intended exclusively for the individual or entity named above. If you are not the intended addressee, you are hereby notified that reading, disseminating, distributing, or copying this communication is unauthorized and prohibited. If you have received this communication in error, please immediately notify us by telephone.