Entered: July 27th, 2018
Signed: July 26th, 2018

# SO ORDERED

THE PLAINTIFF SHALL PRODUCE EXHIBITS BY JULY 30, 2018. THE
DEFENDANT SHALL HAVE THROUGH AND INCLUDING AUGUST 6, 2018
TO FILE OBJECTIONS.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF MARYLAND
Baltimore Division

_____

| | |
|---|---|
| IN RE: ) | |
| PARVIS NAFFIS AND VICKY NAFFIS ) | Chapter 7 |
| Debtor ) | Case No.: **14-28711** |
| ) | |
| _____) | |
| **PARVIS NAFFIS** ) | |
| Plaintiff ) | |
| ) | |
| Vs. ) | Adversary Case No.: **15-00078** |
| ) | |
| ) | |
| **XEROX EDUCATION SOLUTIONS,** ) | |
| **LLC f/k/a ACS Education Solutions** ) | |
| ) | |
| Defendant ) | |
| _____) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO STAY FILING OF
### EXHIBITS PURSUANT TO LOCAL RULE 7016-1(C)(2) UNTIL THE
### COURT RULES
### ON PLAINTIFF'S MOTION TO COMPEL
### AND
### <u>MOTION TO MODIFY SCHEDULING ORDER</u>

Upon consideration of Plaintiff's Motion to Stay Filing of Exhibits Pursuant

to Local Rule 7016-(C)(2), it appearing that good cause having been stated, it is

hereby this day ORDERED that the Motion is GRANTED.

End of Order

Cc: Plaintiff's Counsel

Defendant's Counsels