IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br>PARVIS NAFFIS AND VICKY NAFFIS<br>    Debtor<br><br>PARVIS NAFFIS<br>    **Plaintiff**<br><br>Vs.<br><br>XEROX EDUCATION SERVICES,<br>*et al*<br><br>    **Defendant** | Chapter 7<br>Case No.: **14-28711**<br><br><br><br><br><br>Adversary Case No.: **15-00078** |

## PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST

The plaintiff, Parvis Naffis, through undersigned counsel, hereby submits the following exhibits Plaintiff may offer into evidence or use for demonstrative purposes at trial. This list does not include rebuttal or impeachment exhibits; Plaintiff reserves the right to amend his exhibit list, regardless of whether identified below, as information is discovered during the course of this case.

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1. | Plaintiff's Bankruptcy Schedules |
| 2. | Plaintiff's Notice of Bankruptcy Filing |
| 3. | Plaintiff's Bankruptcy Discharge |
| 4. | Plaintiff's Amended Adversary Complaint and Summons |
| 5. | Service and Notice to Defendant Corporate Parent |
| 6. | Third Amended Complaint |
| 7. | Defendant's Correspondence to Plaintiff |

| 8.  | ASA Claim Form |
| --- | --- |
| 9.  | Borrower's Account History |
| 10. | AT&T Phone Records |
| 11. | PCA Manual |
| 12. | Verified Statement Regarding Plaintiff's Damages |

DATED:   July 30, 2018

Respectfully submitted,

LAW OFFICES OF KIM PARKER, P.A.

By: ___/s/_____
Kim Parker, Esq.
Federal Bar No: 23894
*Counsel for Plaintiff*
2123 Maryland Avenue
Baltimore, Maryland 21218
Telephone:   (410) 234-2621
Telecopier:   (410) 234-2612
Email: kp@kimparkerlaw.com

## CERTIFICATE OF SERVICE

I, KIM PARKER, attorney for the plaintiff in this action, do hereby certify that on this date I caused the foregoing Plaintiff's Witness List to be electronically served upon all counsel of records via the Court's ECF Filing system.

/s/ Kim Parker

KIM PARKER, ESQUIRE
Counsel for Plaintiff