## AFFIDAVIT OF PLAINTIFF REGARDING DAMAGES

I, Parviz Naffis, being first duly sworn, under oath, and states that the following information is within personal knowledge and believe:

1. I am the Plaintiff in this action. I am competent to testify in matters herein stated.
2. I am seeking actual compensatory damages of $650,000, which represents $415,000, the amount of the current loan that is the subject of this litigation. This amount continues to grow based on the interest that continues to be incurred. The remaining amount of $235,000, is for damages as it relates to the Defendant's conduct.
3. I am seeking punitive damages of $750,000.
4. I am seeking my reasonable attorney's fees of $45,000.
5. I am seeking my reasonable cost of $1,000

I hereby certify that the foregoing is true and correct based on information and belief.

Signed this 30 day of July, 2018

_____
Parviz Naffis
Plaintiff

 

October 26, 2015

## MONTHLY BILL

Name: PARVIZ NAFFIS
Account Number:

| Payment Summary | |
|---|---|
| Amount Past Due | $0.00 |
| Late Fees Assessed | $0.00 |
| Current Payment Due | $0.00 |
| Total Due by 11/15/2015 | $0.00 |

### YOUR LOAN DETAILS

| Date Disbursed | Loan Program | Original Balance | Current Balance | Interest Rate | Monthly Payment | Past Due | Current Due |
|---|---|---|---|---|---|---|---|
| 09/28/2015 | DLUCNS | $368,816.86 | $368,816.86 | 7.500% | $0.00 | $0.00 | $0.00** |

** If current due reflects $0.00, be aware that interest will continue to accrue daily.

| Total paid since your last statement | $0.00 |
|---|---|
| Interest Satisfied | $0.00 |
| Principal Satisfied | $0.00 |
| Late Fees Paid | $0.00 |

| As of today, you've paid on your loans | $0.00 |
|---|---|
| Total Interest Satisfied | $0.00 |
| Total Principal Satisfied | $0.00 |
| Total Late Fees Paid | $0.00 |

---

Make checks payable to FedLoan Servicing and include your 10 digit account number.
Customer Statement

Account Number:
Total Amount Due: $0.00
Due Date: 11/15/2015

Amount Enclosed: Do not write dollar sign in boxes below or on check.

$



2015299015351077377100000000000000000000000000

#BWBBCFT
#B770 1926 1010 26L3#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517

DEPARTMENT OF EDUCATION
FEDLOAN SERVICING
PO BOX 530210
ATLANTA GA 30353-0210

 

2015 TAX INFO IS HERE! GET IT ONLINE AT MYFEDLOAN.ORG/GETTAXINFO.

February 24, 2016

## MONTHLY BILL

Name: PARVIZ NAFFIS
Account Number:

| Payment Summary | |
|---|---|
| Amount Past Due | $0.00 |
| Fees Assessed | $0.00 |
| Current Payment Due | $0.00 |
| Total Due by 03/15/2016 | $0.00 |

### YOUR LOAN DETAILS

| Date Disbursed | Loan Program | Original Balance | Current Balance | Interest Rate | Monthly Payment | Past Due | Current Due |
|---|---|---|---|---|---|---|---|
| 09/28/2015 | DLUCNS | $363,600.68 | $363,600.68 | 7.500% | $0.00 | $0.00 | $0.00** |

** If current due reflects $0.00, be aware that interest will continue to accrue daily.

| Total paid since your last statement | $0.00 |
|---|---|
| Interest Satisfied | $0.00 |
| Principal Satisfied | $0.00 |
| Fees Paid | $0.00 |

| As of today, you've paid on your loans | $0.00 |
|---|---|
| Total Interest Satisfied | $0.00 |
| Total Principal Satisfied | $0.00 |
| Total Fees Paid | $0.00 |

---

Make checks payable to FedLoan Servicing and include your 10 digit account number.
Customer Statement

Account Number:
Total Amount Due: $0.00
Due Date: 03/15/2016

Amount Enclosed: Do not write dollar sign in boxes below or on check.

$



2036055015351077377100000000000000000000000002

HBWBBCPT
#8770 1925 1002 24L5#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517

DEPARTMENT OF EDUCATION
FEDLOAN SERVICING
PO BOX 530210
ATLANTA GA 30353-0210




**U.S. Department of Education**
Information about your federal student loans

2015 TAX INFO IS HERE! GET IT ONLINE AT MYFEDLOAN.ORG/GETTAXINFO.

January 26, 2016

# MONTHLY BILL

Name: PARVIZ NAFFIS
Account Number:

| Payment Summary | |
|---|---|
| Amount Past Due | $0.00 |
| Fees Assessed | $0.00 |
| Current Payment Due | $0.00 |
| Total Due by 02/15/2016 | $0.00 |

## YOUR LOAN DETAILS

| Date Disbursed | Loan Program | Original Balance | Current Balance | Interest Rate | Monthly Payment | Past Due | Current Due |
|---|---|---|---|---|---|---|---|
| 09/28/2015 | DLUCNS | $363,600.66 | $363,600.66 | 7.500% | $0.00 | $0.00 | $0.00** |

* If current due reflects $0.00, be aware that interest will continue to accrue daily.

| Total paid since your last statement | $0.00 |
|---|---|
| Interest Satisfied | $0.00 |
| Principal Satisfied | $0.00 |
| Fees Paid | $0.00 |

| As of today, you've paid on your loans | $0.00 |
|---|---|
| Total Interest Satisfied | $0.00 |
| Total Principal Satisfied | $0.00 |
| Total Fees Paid | $0.00 |

Make checks payable to FedLoan Servicing and include your 10 digit account number.
Customer Statement

Account Number:
Total Amount Due: $0.00
Due Date: 02/15/2016

Amount Enclosed: Do not write dollar sign in boxes below or on check.

$ ☐☐☐☐☐☐☐



20160260153510773771000000000000000000000008

#BWBBCFT
#B770 1926 1001 25L4#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517

DEPARTMENT OF EDUCATION
FEDLOAN SERVICING
PO BOX 530210
ATLANTA GA 30353-0210

  

NEED 2015 TAX INFO? STARTING MID-JAN.
GET IT ONLINE AT MYFEDLOAN.ORG/TAX.

December 27, 2015

## MONTHLY BILL

Name: PARVIZ NAFFIS
Account Number:

| Payment Summary | |
|---|---|
| Amount Past Due | $0.00 |
| Fees Assessed | $0.00 |
| Current Payment Due | $0.00 |
| Total Due by 01/15/2016 | $0.00 |

### YOUR LOAN DETAILS

| Date Disbursed | Loan Program | Original Balance | Current Balance | Interest Rate | Monthly Payment | Past Due | Current Due |
|---|---|---|---|---|---|---|---|
| 09/28/2015 | DLUCNS | $363,600.68 | $363,600.68 | 7.500% | $0.00 | $0.00 | $0.00** |

** If current due reflects $0.00, be aware that interest will continue to accrue daily.

| Total paid since your last statement | $0.00 |
|---|---|
| Interest Satisfied | $0.00 |
| Principal Satisfied | $0.00 |
| Fees Paid | $0.00 |

| As of today, you've paid on your loans | $0.00 |
|---|---|
| Total Interest Satisfied | $0.00 |
| Total Principal Satisfied | $0.00 |
| Total Fees Paid | $0.00 |

Make checks payable to FedLoan Servicing and include your 10 digit account number.

Customer Statement

Account Number:
Total Amount Due: $0.00
Due Date: 01/15/2016

Amount Enclosed: Do not write dollar sign in boxes below or on check.

$ ▢▢▢▢▢▢▢▢



20153610153510773771000000000000000000000003

#BWBBCFT
#B770 1926 1012 27L0#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517

DEPARTMENT OF EDUCATION
FEDLOAN SERVICING
PO BOX 530210
ATLANTA GA 30353-0210

 

**WE ADJUSTED YOUR CONSOLIDATION LOAN.**

Account Number:

December 10, 2015

#BWBBCFT
#B770 1926 1912 10L9#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517

Based on more recent information we received, we adjusted the balance of the loans you consolidated which changed your Direct Consolidation Loan balance, as shown below.

| Loan Sequence | Disbursement Date | Loan Program | Principal | Interest | Interest Rate |
|---|---|---|---|---|---|
| 0001 | 09/28/2015 | DLUCNS | $363,600.68 | $0.00 | 7.500% |

| Total Principal and Interest | $363,600.68 |
|---|---|

What do I need to do? You do not need to take any action. We wanted to make you aware of this change because it changes the current balance of your Direct Consolidation Loan.

If this adjustment has an impact to your monthly payment amount, we will provide you with detailed information about the changes in the next few weeks.

For additional loan details, sign into Account Access at MyFedLoan.org.

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | 800-699-2908 | International 717-720-1985 | 717-720-1628 | 71)
MyFedLoan.org

Privacy Notice: Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and can be viewed anytime at MyFedLoan.org/PrivacyPolicy. We will mail you a copy if you contact us.

XJ7    FK05BCNADJ  5361077377    FLS1CL    27163153430000059

 

November 25, 2015

## MONTHLY BILL

Name: PARVIZ NAFFIS
Account Number:

| Payment Summary | |
|---|---|
| Amount Past Due | $0.00 |
| Fees Assessed | $0.00 |
| Current Payment Due | $0.00 |
| Total Due by 12/15/2015 | $0.00 |

### YOUR LOAN DETAILS

| Date Disbursed | Loan Program | Original Balance | Current Balance | Interest Rate | Monthly Payment | Past Due | Current Due |
|---|---|---|---|---|---|---|---|
| 09/28/2015 | DLUCNS | $368,816.86 | $368,816.86 | 7.500% | $0.00 | $0.00 | $0.00** |

** If current due reflects $0.00, be aware that interest will continue to accrue daily.

| Total paid since your last statement | $0.00 |
|---|---|
| Interest Satisfied | $0.00 |
| Principal Satisfied | $0.00 |
| Fees Paid | $0.00 |

| As of today, you've paid on your loans | $0.00 |
|---|---|
| Total Interest Satisfied | $0.00 |
| Total Principal Satisfied | $0.00 |
| Total Fees Paid | $0.00 |

---

Make checks payable to FedLoan Servicing and include your 10 digit account number.
Customer Statement

Account Number:
Total Amount Due: $0.00
Due Date: 12/15/2015

Amount Enclosed: Do not write dollar sign in boxes below or on check.

$

2015329015351077377100000000000000000000000004



#BWDBCFT
#B770 1926 1011 25L3#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517

DEPARTMENT OF EDUCATION
FEDLOAN SERVICING
PO BOX 530210
ATLANTA GA 30353-0210

# fedloan SERVICING | U.S. Department of Education
*Information about your federal student loan*

October 26, 2015

## MONTHLY BILL

Name: PARVIZ NAFFIS
Account Number:

| Payment Summary | |
|---|---|
| Amount Past Due | $0.00 |
| Late Fees Assessed | $0.00 |
| Current Payment Due | $0.00 |
| Total Due by 11/16/2015 | $0.00 |

### YOUR LOAN DETAILS

| Date Disbursed | Loan Program | Original Balance | Current Balance | Interest Rate | Monthly Payment | Past Due | Current Due |
|---|---|---|---|---|---|---|---|
| 09/28/2015 | DLUCNS | $368,816.86 | $368,816.86 | 7.500% | $0.00 | $0.00 | $0.00** |

** If current due reflects $0.00, be aware that interest will continue to accrue daily.

| Total paid since your last statement | $0.00 |
|---|---|
| Interest Satisfied | $0.00 |
| Principal Satisfied | $0.00 |
| Late Fees Paid | $0.00 |

| As of today, you've paid on your loans | $0.00 |
|---|---|
| Total Interest Satisfied | $0.00 |
| Total Principal Satisfied | $0.00 |
| Total Late Fees Paid | $0.00 |

---

Make checks payable to FedLoan Servicing and include your 10 digit account number.
**Customer Statement**

Account Number:
Total Amount Due: $0.00
Due Date: 11/15/2015

Amount Enclosed: Do not write dollar sign in boxes below or on check.

$



201524901535107737710000000000000000000000000

#BWBBCFT
#B770 1926 1010 26L3#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517

DEPARTMENT OF EDUCATION
FEDLOAN SERVICING
PO BOX 530210
ATLANTA GA 30353-0210

 

October 13, 2015

## MONTHLY BILL

Name: PARVIZ NAFFIS
Account Number:

| Payment Summary | |
|---|---:|
| Amount Past Due | $0.00 |
| Late Fees Assessed | $0.00 |
| Current Payment Due | $0.00 |
| Total Due by 10/15/2015 | $0.00 |

### YOUR LOAN DETAILS

| Date Disbursed | Loan Program | Original Balance | Current Balance | Interest Rate | Monthly Payment | Past Due | Current Due |
|---|---|---|---|---|---|---|---|
| 09/28/2015 | DLUCNS | $368,816.86 | $368,816.86 | 7.500% | $0.00 | $0.00 | $0.00** |

** If current due reflects $0.00, be aware that interest will continue to accrue daily.

| Total paid since your last statement: | $0.00 |
|---|---:|
| Interest Satisfied | $0.00 |
| Principal Satisfied | $0.00 |
| Late Fees Paid | $0.00 |

| As of today, you've paid on your loans: | $0.00 |
|---|---:|
| Total Interest Satisfied | $0.00 |
| Total Principal Satisfied | $0.00 |
| Total Late Fees Paid | $0.00 |

Make checks payable to FedLoan Servicing and include your 10 digit account number.
Customer Statement

Account Number:
Total Amount Due: $0.00
Due Date: 10/15/2015

Amount Enclosed: Do not write dollar sign in boxes below or on check.

$

201528601535107737710000000000000000000000005



@BNBBCFT
@B770 1926 1010 131.6#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517

DEPARTMENT OF EDUCATION
FEDLOAN SERVICING
PO BOX 530210
ATLANTA GA 30353-0210

 

P.O. Box 69184 Harrisburg, PA 17106-9184
Toll-free 800-699-2908 International 717-720-1985
TDD 800-722-8189 (for hearing impaired callers)
Fax 717-720-1628
www.MyFedLoan.org

#BWEBCPT
#B770 1926 1010 131.8#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517



Account Number:
Date: 10/13/2015

## YOUR STUDENT LOAN REPAYMENT DETAILS

We established a repayment plan and schedule for your student loans and are providing you with the details. Note: If you didn't select a repayment plan previously or were not eligible for the repayment plan you selected, we placed your loans on the Standard Repayment Plan.

**Good to know:** You have the option to change your repayment plan at any time. Visit MyFedLoan.org/PaymentPlans for more information.

**Do I have to start making payments now?** Check your 'Payment Start Date' in the enclosed details. Depending on your loan status, you may have to start making payments in the very near future. When it is time to start making payments, you will receive a bill confirming your payment amount and due date.

**How do I confirm my loan status?** Sign in to Account Access at MyFedLoan.org. If your current loan status is 'Deferment' or 'Forbearance', you are not obligated to make payments until the end of your deferment or forbearance period.

**WAYS TO PAY**
When the time comes, send all future student loan payments to us using the information below. For speed and security, always use your account number, 53 5107 7377, when corresponding with us.

PAY ONLINE: www.MyFedLoan.org
PAY BY PHONE: 800-699-2908
PAY BY MAIL: Department of Education
FedLoan Servicing
P.O. Box 530210
Atlanta, GA 30353-0210

Include your account number, 53 5107 7377, on a check or money order made payable to FedLoan Servicing.

**Want to save time and money $?** We offer 0.25% off your interest rate for using Direct Debit, our free automated payment service! Visit MyFedLoan.org to SIGN UP TODAY to start saving.

If you can't afford your student loan payments, there are different directions you can take such as:
* Lower your monthly payments*
* Change your payment due date
* Temporarily postpone your payments with a deferment or forbearance*
* Reduce or "cancel" your loans*
* Consolidate your loans* - Visit MyFedLoan.org/consolidation to find out if consolidation is right for you!

*Subject to eligibility requirements

# Repayment Obligation / Schedule Disclosure Statement

This document is the Repayment Schedule Disclosure Statement which is provided for in the promissory note(s) you signed under the Federal Family Education Loan Program or William D. Ford Federal Direct Loan Program. You must repay your loan(s) in compliance with the schedule set forth below.

## Summary of Loans Entering Repayment:

| Date Disbursed | Loan Program | Repayment Start / Deferment End Date | Principal Balance | Interest Rate | Repayment Plan | Payment Amount | Due Day |
|---|---|---|---|---|---|---|---|
| 09/28/2015 | DLUCNS | 09/28/2015 | $368,816.86 | 7.500% | C3 | $0.00 | 15 |

Total Current Payment Due Monthly: $0.00  (see Repayment Plan Details for more information)

## Estimated Total to be Repaid:

| | |
|---|---|
| Unpaid Principal Balance | $368,816.86 |
| Accrued Unpaid Interest to be Capitalized* | + $0.00 |
| Amount to be Repaid | = $368,816.86 |
| Interest Payable | + $216,216.42 |
| Total Amount to be Repaid | = $585,033.28 |

\* Excludes the $0.00 you've already paid

## Repayment Plan Details:

| Repayment Plan | Repayment Plan Description | Number of Payments | Payment Amount | Payment Start Date |
|---|---|---|---|---|
| C3 | INCOME-CONTINGENT REPAYMENT 3 | 12 | $0.00 | 10/15/2015 |
| | | 134 | $4,365.92 | 10/15/2016 |

Case 15-00078   Doc 157-1   Filed 07/30/18   Page 12 of 18

**Loan Repayment Benefits**

**Direct Loan Up-Front Rebate** - If you have a Direct Subsidized Stafford, Direct Unsubsidized Stafford, or Direct PLUS Loan disbursed on or after July 1, 2009 through June 30, 2012, you have received an up-front rebate. To keep this rebate, you must make timely full installment payments for your first 12 payments. If you fail to make your payments in accordance with these requirements, we will add the rebate amount back to the principal balance of your loans. If you lose the rebate benefit, it cannot be reinstated.

Timely: You must make your payment no more than 6 days after your due date for it to be considered timely.

Full Installment: This is the amount listed in the "Monthly Payment" field on your billing statement.

**Direct Debit (Electronic Funds Transfer)** - If you sign up for Direct Debit, you will qualify for a 0.25% interest rate reduction. You will retain the reduced rate for as long as you are enrolled in Direct Debit unless the U.S. Department of Education discontinues the benefit.

**Other Benefits** - If your loans are eligible for any other borrower benefit programs, we will provide you with the details in a separate communication.

 

**INFORMATION ABOUT YOUR INCOME-CONTINGENT REPAYMENT (ICR) PLAN**

Account Number:

October 12, 2015

#BWBBCFT
#B770 1926 1010 13L8#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517

We recently received your form for Income-Contingent Repayment (ICR). We approved your request and calculated your payment amount based on your Adjusted Gross Income (AGI), or other documentation of income that you provided, and your family size. Please review the loan repayment terms letter for more details, including your due date and monthly payment amount on the ICR plan. Your current payment amount is effective for 12 months unless otherwise noted under repayment term (number of payments).

Note:

- A forbearance may have been changed/applied to process your request. For further information please sign in to your online account at MyFedLoan.org.
- If this is your first time applying for an Income-Driven Repayment plan and you applied online, we selected this plan to provide the lowest monthly payment if you were not eligible for the plan you selected.

Additional Information You May Find Helpful

- We will continue to send you a monthly statement regardless of your monthly payment amount.
- If you are currently making payments through our *Direct Debit* program, we will continue to debit your account with your new monthly payment amount. For a payment amount of $0.00, we extract no funds from your bank account.
- Since you are repaying under the ICR plan, you must provide your updated Adjusted Gross Income (AGI) and family size annually. This allows us to reassess your ICR payment based on your income. Your monthly payment amount may change based on the information you provide each year.
- We will notify you before the date you are required to recertify your annual income and family size.
- If we don't receive your recertification information by the deadline each year, your payment amount will increase. Your loan repayment terms letter details your payment amount followed by the payment amount that will go into effect if you do not recertify. Unpaid interest will be capitalized annually until the capitalized amount equals 10% of your loan balance when you entered repayment. When this happens, interest will continue to accrue, but it will not be capitalized.
- If you don't recertify your family size, we will assume a family size of one.
- If your financial circumstances change, you can ask us to recalculate your monthly payment amount at any time.
- To receive loan forgiveness under this repayment plan, you must make the equivalent of 300 qualifying payments over a 25 year repayment period. At that time, any remaining balance will be forgiven.
- If you wish to leave the ICR plan, you must have time remaining in the repayment plan you want to change to and your new payment amount will be based on the balance of your eligible loans at the time you leave ICR.

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | 800-699-2908 | International 717-720-1985 | 717-720-1628 | 711
MyFedLoan.org

Privacy Notice: Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and can be viewed anytime at MyFedLoan.org/PrivacyPolicy. We will mail you a copy if you contact us.

358   FS06OAPICR   5351077377   FLSICL   00008152850002836

 

P.O. Box 69184 Harrisburg, PA 17106-9184
Toll-free 800-699-2908 * Int'l 717-720-1985
Fax 717-720-1628 * TTY: Dial 711
Monday-Friday 8am to 9pm ET
www.MyFedLoan.org

SEPTEMBER 29, 2015

#BWBBCFT
#B770 1926 1009 29L3#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD  21131-1517



ACCT NUMBER:

## CONGRATULATIONS ON YOUR RECENT CONSOLIDATION!

We completed the consolidation of your student loans. Please review the enclosed summary which details the loans that are included in your Direct Consolidation Loan.

**IMPORTANT:** If you forgot to include any loans on your application, you can download a Request to Add Loans form through Account Access at MyFedLoan.org. You can add loans to your Consolidation Loan up to 180 days after your disbursement date, 09/28/2015.

If you haven't already received your detailed repayment terms, expect to see them in the next few days. When the time comes, send your loan payments to us using the information below. For speed and security, always use your account number: 53-5107-7377 when corresponding with us.

**WAYS TO PAY**

- **AUTOMATIC DEBIT:** You may want to consider signing up for automatic debit (Direct Debit) to have your payments automatically withdrawn and receive a 0.25% interest rate reduction. Visit www.MyFedLoan.org/directdebit for more information.
- **THIRD PARTY BILL PAYER:** If you made your payments to another servicer using a bill payment provider, don't forget to update the information on file with them so that future payments will be sent to FedLoan Servicing.
- **PAY ONLINE:** www.MyFedLoan.org
- **PAY BY PHONE:** 800-699-2908
- **PAY BY MAIL:** Department of Education
  FedLoan Servicing
  P.O. Box 530210
  Atlanta, GA 30353-0210

PKXJ8:FK05BCNDSB
5351077377 5351077377 MR
2718415271000161.4

 

**WELCOME TO FEDLOAN SERVICING!**

Account Number:

September 29, 2015

#BWBBCFT
#B770 1926 1009 29L3#
PAKV12 NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517

We are servicing your federally owned student loans on behalf of The Department of Education. We wanted to take this opportunity to welcome you, provide you with your loan holder's privacy policy and let you know about some exciting features available to you to manage your student loans.

If you have questions about repayment or management of your loans, contact us through one of the methods listed above (in our header). Always use your Account Number when corresponding with us for speed and security. The best way to keep track of your loans with us is through Account Access, our online management tool.

**Account Access Features:**
- View your loan details and balance
- Make online payments
- Switch to Paperless Correspondence
- Update your address
- View your payment history
- Get your tax information and more
- NEW! Sign up for Direct Debit electronically

**Go Mobile:**
- Bookmark us on your smart phone. Our mobile site lets you make payments and view your balance on the go!

**Want to authorize someone you trust to help you manage your loans?**
If you want us to discuss your loan information with individuals outside of your immediate family, we need your permission on an Authorization for Release of Information form. By completing this form, which you can submit electronically through Account Access, you give identified individual permission to discuss your account with us.

**Working in Public Service?**
If you get a job at a government or not-for-profit organization and repay your loans based on your income, you may qualify for forgiveness of your Direct Loans after 10 years of payments and employment. See StudentAid.gov/publicservice for more information and for a form you can fill out when you start working to receive confirmation that your employment qualifies for the program.

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | 800-699-2908 | International 717-720-1985 | 717-720-1628 | 711
MyFedLoan.org

Privacy Notice: Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and can be viewed anytime at MyFedLoan.org/PrivacyPolicy. We will mail you a copy if you contact us.

TAXGR   FS50SGL51   9351077377   FLS1CL   270511527100)2172




P.O. Box 69184  Harrisburg, PA 17106-9184
Toll-free 800-699-2908 * Int'l 717-720-1985
Fax 717-720-1628 * TTY: Dial 711
Monday-Friday 8am to 9pm ET
www.MyFedLoan.org

SEPTEMBER 09, 2015

$BWBSCFT
$B770 1926 1009 09L7$
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD  21131-1517



ACCT NUMBER:

## YOUR CONSOLIDATION REQUEST IS ALMOST COMPLETE!

We are in the process of completing the consolidation of your student loans. Please review the enclosed summary which details the loans that are being included in your Direct Consolidation Loan as well as the repayment plan selected for your new loan.

**IMPORTANT:** If you forgot to include any loans on your application or wish to remove any loans from the consolidation, please contact us IMMEDIATELY. After your Consolidation Loan is disbursed, you will need to submit a Request to Add Loans form for any loans that were not included.

To cancel your consolidation application, visit MyFedLoan.org and sign into Account Access, your online account management tool. You have 10 business days from the date of this letter to cancel your application. After the consolidation process is complete, we are not able to "unconsolidate" your new Direct Consolidation Loan.

If you were notified that you're required to choose an Income-Driven Repayment (IDR) plan in order to consolidate one or more of your loans, and we have not received your complete IDR plan request form, the affected loans are listed as "Loans not to be Consolidated" on the next page. We still need your complete IDR plan request form, including your income documentation, in order to consolidate these loans. You can submit these documents electronically by signing in to StudentLoans.gov at any time.

**What Happens Next?**
After the consolidation process is complete, we will provide you with detailed information about your new Direct Consolidation Loan and monthly payment amount.

K   FK05BTDLSS
35 077377 5351077377 MR            27179152510001646

SEPTEMBER 09, 2015

| Repayment Plan | Number of Payments | Initial Payment | Max Payment | Total Interest to be Repaid | Total to be Repaid |
|---|---|---|---|---|---|
| Standard | 360 | $2,570.44 | $2,570.44 | $557,734.63 | $925,353.19 |
| Graduated | 360 | $2,341.68 | $3,115.17 | $608,461.40 | $976,079.76 |
| Extended Fixed | 300 | $2,716.67 | $2,716.67 | $447,375.88 | $814,994.34 |
| Extended Graduated | 300 | $2,341.67 | $3,606.84 | $504,077.36 | $871,695.72 |
| Pay As You Earn | Not Eligible | | | | |
| Income-Based Repayment | Unknown | | | | |
| Income-Contingent Repayment | TBD | $0.00 | TBD | TBD | TBD |

**Additional Repayment Plan Eligibility Information**

You are not eligible for the plan listed as 'Not Eligible' based on the loan or income requirements for that specific plan. For more information regarding the eligibility criteria for each of these plans, visit MyFedLoan.org/paymentplans.

We were not able to determine your repayment plan details for the plan listed as 'Unknown' because we did not have all of the necessary information or still need additional time to review your income information to determine if you are eligible for the repayment plan listed. We need at least your adjusted gross income and family size to provide you with the plan details. For Pay As You Earn, we also need to collect loan details for any loans you may have paid in full prior to your consolidation before we can determine your eligibility. If you are interested in one of these plans, visit MyFedLoan.org/paymentplans and compare your estimated monthly payment for each plan.

4/26/2014

35730425.005.001.1.00000020.0100
PARVIZ M NAFFIS
13821 BARDON RD
PHOENIX, MD 21131-1517



