# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **14–28711 – NVA**   Chapter: **7**   Adversary No.: **15–00078**

**Parvis Naffis and Vicky Naffis**
Debtors

**Parvis Naffis**
Plaintiff(s)

vs.

**The Dept of Educ Nelnet on behalf of**
Defendant(s)

# NOTICE

PLEASE TAKE NOTICE that a Status Conference will be held

at 101 W. Lombard Street, Courtroom 2–A, Baltimore, MD 21201

on 8/8/18 at 02:00 PM

to consider and act upon the following:

**STATUS CONFERENCE TO BE HELD REGARDING FORTHCOMING MOTION FOR SUMMARY JUDGMENT TO BE FILED BY DEFENDANT XEROX EDUCATION SERVICES**

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/3/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jennifer Whitfield
301–344–3326

Form stathrgmdb (rev. 12/2003)