_____ RETAIN ✓

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**         Evidentiary Hrg: Y (N)
                                                      Exhibits Filed: Y (N)

PROCEEDING MEMO – ADVERSARY PROCEEDING

Date: 08/08/2018  Time: 02:00

**CASE: 15-00078 Naffis v. Nelnet on behalf of et al**

Related: 14-28711 Parvis Naffis and Vicky Naffis

(Kim D. Parker) representing Parvis Naffis (Plaintiff)
PRO SE The Dept of Educ Nelnet on behalf of (Defendant)
Joel W. Ruderman and Sarah A Marquardt representing US Department of Education (Defendant)
(Anastasia L. McCusker) and Richard Marc Goldberg representing Xerox Education Services, LLC (Defendant)
Richard Barry Benenson representing NelNet, Inc. (Defendant)

[2] Amended Complaint by Kim D. Parker on behalf of
Parvis Naffis against XEROX EDUCATION SOLUTIONS,
LLC, FKA ACS Education Solutions, LLC. (related
document(s) 1 Appendix REDLINE COMPLAINT)

**FILED BY** : Parvis Naffis BY K Parker

*Ms Parker to file procedural motion by 8.15.18 that seeks relief in USDC (withdrawal of reference and/or jury trial)*

SCHEDULE:

1. Discovery cutoff: _____        6. Pretrial memos/exhibits:_____
2. Dispositive motions: cutoff date **8-17-18**   7. Trial times est:_____days____hrs
3. ~~Status~~ enhanced pre-trial report due: **8-31-18**   8. Trial date:_____ time:_____
4. Motions hrg. date:_____        9. Expert witness & Rpts:_____
5. Final pretrial hrg:_____       10. Reissue Summons:_____

DISPOSITION:

   Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv.___

   Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

   _____Judgment for Plaintiff(s)_____

   _____Judgment for Defendant(s)_____

   _____Consent                   _____ Withdrawn/ Dismissed/ Deny

   Amount: $ _____ for want of Prosecution

   _____ Day Settlement Order

→ Ms. Parker to file enhanced ~~status~~ pre-trial report as to counts III and IV - indicating which sections of statutes were allegedly violated and evidence in support. →

_____ Decision Reserved          _____ Moot

_____ Default / No Response      _____ Soldiers and Sailors Affidavit Due

_____ Show Cause Order           _____ Other:_____

Adjourned / Continued to:_____ at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____

DECISION:

   [ ] Signed by Court            [ ] Filed by Counsel
   [ ] To be prepared by:
      [ ] plaintiff's counsel       [ ] Court
      [ ] defendant's counsel       [ ] Other _____

NOTES:

\* parties agreed that Count I is gone \*

\* Ms. Parker agreed that her Motion [44] to Bifurcate is moot \*

\* summary judgment issues narrowed as discussed as to Count:

  II - timing and effect of stay

  III : IV - defendant as a "debt collector"

  attys fees : punitive damages not allowed and loan amount not recoverable