Signed: August 9th, 2018

IN ACCORDANCE WITH THE DISCUSSIONS AT THE STATUS CONFERENCE, AND THE PLAINTIFF'S AGREEMENT AT THAT CONFERENCE, THE MOTION TO BIFURCATE [44]IS MOOT BECAUSE COUNT I IS NO LONGER EXTANT.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br>PARVIS NAFFIS AND VICKY NAFFIS<br>Debtor | Chapter 7<br>Case No.: **14-28711** |
| PARVIS NAFFIS<br>**Plaintiff**<br>Vs.<br>XEROX EDUCATION SERVICES,<br>*et al*<br>**Defendant** | Adversary Case No.: **15-00078** |

### ORDER GRANTING PLAINTIFF'S MOTION FOR RULING

Upon consideration of Plaintiff's Motion For Ruling on his August 2, 2018, Motion to Bifurcate, it is hereby this day ORDERED that the Motion is GRANTED.

End of Order

cc: Counsel for Plaintiff
Counsels for Defendant
Chapter 7 Trustee

1