**ACS**

Manage your account online at www.acs-education.com.

Any correspondence other than payments should be sent to the address listed on the back of this statement.

Page 1 of 2

Activity Through: 12/28/14

## ACCOUNT INFORMATION (This statement may not include all accounts)

| ACCOUNT NUMBER | LOAN TYPE | PRINCIPAL BALANCE OUTSTANDING | INTEREST RATE | LAST PAID AMOUNT/DATE | DAYS DELINQUENT | PAST DUE | CURRENT DUE | LATE CHARGE | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|
| B-0273-0446-1 | CON | 343,100.64 | 7.500 | 582.38 11/04/03 | 61 | 4,801.60 | 2,400.80 | 0.00 | 7,202.40 |

IMPORTANT INFORMATION IS INCLUDED ON THE BACK

| TOTAL DUE BY: | NOW | 7,202.40 |

### IMPORTANT MESSAGE -- PLEASE READ

We still have not received your loan payments, which are now more than 60 days delinquent. You must pay the total amount due, as shown above, immediately.

If you are having financial difficulties, contact us at 1-800-835-4611 immediately so we may discuss alternative arrangements. Depending on your circumstances, you may be eligible for a deferment, forbearance, income sensitive or graduated repayment plan.

Your delinquency is being reported to National Credit Bureaus and to the agency that guaranteed your loan(s). Do not allow this condition to persist or you will suffer the consequences of a negative credit rating. If you do, you may default and we will assign your loan(s) to the agency that guaranteed your loan(s). They will make serious efforts to collect and may assign your loan(s) to the Federal Government for litigation.

Do not ignore the seriousness of this matter any longer. Send your payment or contact us immediately about resolving your past due amount.

If no payment(s) are received, your loan will default on 07/25/2015

To pay the above loan in full, please pay $351,695.79 by 01/26/15

PDP3

---- DETACH HERE AND RETURN LOWER PORTION WITH YOUR PAYMENT ----

Address or Phone Number change?
Check box and write your new address
and/or phone number on back. ☐

PDP3

**ACS**
P.O. BOX 7051
UTICA, NY 13504-7051

| Account Number | NGACS1 B-0273-0446-1 |
| Payment Due Date | NOW |
| Please Pay This Amount | 7,202.40 |

Make Check Payable to

**ACS**

000670

NAFFIS, PARVIZ N

13621 BARDON RD

PHOENIX, MD 21131-1517

PO BOX 371834
PITTSBURGH, PA 15250-7834

Amount Paid

Include the coupon and make sure the address appears properly through the return envelope window.

Do not send cash

Write account number on your check

L032A

24178027304461607208240

007-0026968

ACS — Self Service at www.acs-education.com

Page 2 of 2

Any correspondence other than payments should be sent to the address listed on the back of this statement.

Activity Through: 11/30/13

### ACCOUNT FORBEARANCE INFORMATION (This statement may not include all accounts)

| ACCOUNT NUMBER | LOAN TYPE | FORBEARANCE BEGIN DATES | FORBEARANCE END DATES | FORBEARANCE MONTHS USED | NEXT SCHEDULED DUE DATE | TOTAL INTEREST CAPITALIZED | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| B-0273-0446-1 * | CON | 12/28/10 | 11/28/13 | 48 | 12/28/13 | 164,366.84 | 326,468.12 |

### PAYMENT SCHEDULE

The forbearance on one or more of your accounts indicated above with an asterisk (*) has expired. The principal balance shown above includes any interest which has capitalized (added to your principal balance). Your new payment schedule(s) is shown below:

ACCOUNT NUMBER: B-0273-0446-1

| NUMBER OF PAYMENTS | PAYMENT AMOUNT | BEGINNING DATE |
|---|---|---|
| 358 | 2,284.41 | 12/28/13 |
| 1 | 2,281.48 | 10/28/43 |

FORE

ACS
P.O. BOX 7051
UTICA, NY 13504-7051

Go Green at www.acs-education.com

Address or Phone Number change? Check box and write your new address and/or phone number on back and send this page to our return address.

FORE NGACS1 B-0273-0446-1 131130

002329

NAFFIS, PARVIZ N

11613 HUNTERS RUN DR
COCKEYSVILLE, MD 21030-1952

BL032F

**ACS** Manage your account online at www.acs-education.com.

Any correspondence other than payments should be sent to the address listed on the back of this statement.

Page 1 of 2

Activity Through: 12/28/14

### ACCOUNT INFORMATION
(This statement may not include all accounts)

| ACCOUNT NUMBER | LOAN TYPE | PRINCIPAL BALANCE OUTSTANDING | INTEREST RATE | LAST PAID AMOUNT/DATE | DAYS DELINQUENT | PAST DUE | CURRENT DUE | LATE CHARGE | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|
| B-0273-0446-1 | CON | 343,100.64 | 7.500 | 582.38 11/04/03 | 61 | 4,801.60 | 2,400.80 | 0.00 | 7,202.40 |

IMPORTANT INFORMATION IS INCLUDED ON THE BACK

**TOTAL DUE BY:** NOW  7,202.40

### IMPORTANT MESSAGE -- PLEASE READ

We still have not received your loan payments, which are now more than 60 days delinquent. You must pay the total amount due, as shown above, immediately.

If you are having financial difficulties, contact us at 1-800-835-4611 immediately so we may discuss alternative arrangements. Depending on your circumstances, you may be eligible for a deferment, forbearance, income sensitive or graduated repayment plan.

Your delinquency is being reported to National Credit Bureaus and to the agency that guaranteed your loan(s). Do not allow this condition to persist or you will suffer the consequences of a negative credit rating. If you do, you may default and we will assign your loan(s) to the agency that guaranteed your loan(s). They will make serious efforts to collect and may assign your loan(s) to the Federal Government for litigation.

Do not ignore the seriousness of this matter any longer. Send your payment or contact us immediately about resolving your past due amount.

If no payment(s) are received, your loan will default on 07/25/2015

To pay the above loan in full, please pay $351,695.79 by 01/28/15

PDP3

---

DETACH HERE AND RETURN LOWER PORTION WITH YOUR PAYMENT

PDP3

Address or Phone Number change? Check box and write your new address and/or phone number on back. ☐

**ACS** P.O. BOX 7051
UTICA, NY 13504-7051

000670

NAFFIS, PARVIZ N
13621 BARDON RD
PHOENIX, MD 21131-1517

Account Number: NGACS1 B-0273-0446-1
Payment Due Date: NOW
Please Pay This Amount: 7,202.40
Make Check Payable to **ACS**

PO BOX 371834
PITTSBURGH, PA 15250-7834

Amount Paid: _____

Include the coupon and make sure the address appears properly through the return envelope window.

Do not send cash
Write account number on your check

L032A

24178027304461607202240

 Self Service at www.acs-education.com

Page 2 of 2

Any correspondence other than payments should be sent to the address listed on the back of this statement.

Activity Through: 11/30/13

### ACCOUNT FORBEARANCE INFORMATION
(This statement may not include all accounts)

| ACCOUNT NUMBER | LOAN TYPE | FORBEARANCE BEGIN DATES | FORBEARANCE END DATES | FORBEARANCE MONTHS USED | NEXT SCHEDULED DUE DATE | TOTAL INTEREST CAPITALIZED | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| B-0273-0446-1 * | CON | 12/28/10 | 11/28/13 | 48 | 12/28/13 | 164,366.84 | 326,468.12 |

### PAYMENT SCHEDULE

The forbearance on one or more of your accounts indicated above with an asterisk (*) has expired. The principal balance shown above includes any interest which has capitalized (added to your principal balance). Your new payment schedule(s) is shown below:

| ACCOUNT NUMBER: B-0273-0446-1 | | | ACCOUNT NUMBER: | | | ACCOUNT NUMBER: | | |
|---|---|---|---|---|---|---|---|---|
| NUMBER OF PAYMENTS | PAYMENT AMOUNT | BEGINNING DATE | NUMBER OF PAYMENTS | PAYMENT AMOUNT | BEGINNING DATE | NUMBER OF PAYMENTS | PAYMENT AMOUNT | BEGINNING DATE |
| 358 | 2,284.41 | 12/28/13 | | | | | | |
| 1 | 2,281.48 | 10/28/43 | | | | | | |

FORE



P.O. BOX 7051
UTICA, NY 13504-7051

Go Green at www.acs-education.com

002329

NAFFIS, PARVIZ N

11613 HUNTERS RUN DR
COCKEYSVILLE, MD 21030-1952

Address or Phone Number change? Check box and write your new address and/or phone number on back and send this page to our return address.

FORE NGACS1 B-0273-0446-1 131130

BL032F