

U.S. Department of Education
Information about your federal student loan

P.O. Box 69184 Harrisburg, PA 17106-9184
Toll-free 800-699-2908 International 717-720-1985
TDD 800-722-8189 (for hearing impaired callers)
Fax 717-720-1628
www.MyFedLoan.org

#BWBBCFT
#B770 1926 1010 13L8#
PARVIZ NAFFIS
13621 BARDON RD
PHOENIX MD 21131-1517



Account Number: 53 5107 7377
Date: 10/13/2015

## YOUR STUDENT LOAN REPAYMENT DETAILS

We established a repayment plan and schedule for your student loans and are providing you with the details. Note: If you didn't select a repayment plan previously or were not eligible for the repayment plan you selected, we placed your loans on the Standard Repayment Plan.

**Good to know:** You have the option to change your repayment plan at any time. Visit **MyFedLoan.org/PaymentPlans** for more information.

**Do I have to start making payments now?** Check your 'Payment Start Date' in the enclosed details. Depending on your loan status, you may have to start making payments in the very near future. When it is time to start making payments, you will receive a bill confirming your payment amount and due date.

**How do I confirm my loan status?** Sign in to Account Access at **MyFedLoan.org**. If your current loan status is 'Deferment' or 'Forbearance', you are not obligated to make payments until the end of your deferment or forbearance period.

**WAYS TO PAY**
When the time comes, send all future student loan payments to us using the information below. For speed and security, always use your account number, 53 5107 7377, when corresponding with us.

PAY ONLINE:          **www.MyFedLoan.org**
PAY BY PHONE:        800-699-2908
PAY BY MAIL:         Department of Education
                     FedLoan Servicing
                     P.O. Box 530210
                     Atlanta, GA 30353-0210

                     Include your account number, 53 5107 7377, on a check or money order made
                     payable to FedLoan Servicing.

**Want to save time and money $?** We offer 0.25% off your interest rate for using Direct Debit, our free automated payment service! Visit **MyFedLoan.org** to SIGN UP TODAY to start saving.

If you can't afford your student loan payments, there are different directions you can take such as:
- **Lower your monthly payments***
- **Change your payment due date**
- **Temporarily postpone your payments with a deferment or forbearance***
- **Reduce or "cancel" your loans***
- **Consolidate your loans*** - Visit **MyFedLoan.org/consolidation** to find out if consolidation is right for you!

*Subject to eligibility requirements

# Repayment Obligation / Schedule Disclosure Statement

This document is the Repayment Schedule Disclosure Statement which is provided for in the promissory note(s) you signed under the Federal Family Education Loan Program or William D. Ford Federal Direct Loan Program. You must repay your loan(s) in compliance with the schedule set forth below.

## Summary of Loans Entering Repayment:

| Date Disbursed | Loan Program | Repayment Start / Deferment End Date | Principal Balance | Interest Rate | Repayment Plan | Payment Amount | Due Day |
|---|---|---|---|---|---|---|---|
| 09/28/2015 | DLUCNS | 09/28/2015 | $368,816.86 | 7.500% | C3 | $0.00 | 15 |

Total Current Payment Due Monthly: $0.00  (see Repayment Plan Details for more information)

## Estimated Total to be Repaid:

| | | |
|---|---|---|
| Unpaid Principal Balance | | $368,816.86 |
| Accrued Unpaid Interest to be Capitalized* | + | $0.00 |
| Amount to be Repaid | = | $368,816.86 |
| Interest Payable | + | $216,216.42 |
| Total Amount to be Repaid | = | $585,033.28 |

    * Excludes the $0.00 you've already paid

## Repayment Plan Details:

| Repayment Plan | Repayment Plan Description | Number of Payments | Payment Amount | Payment Start Date |
|---|---|---|---|---|
| C3 | INCOME-CONTINGENT REPAYMENT 3 | 12 | $0.00 | 10/15/2015 |
| | | 134 | $4,365.92 | 10/15/2016 |

**Loan Repayment Benefits**

Direct Loan Up-Front Rebate - If you have a Direct Subsidized Stafford, Direct Unsubsidized Stafford, or Direct PLUS Loan disbursed on or after July 1, 2000 through June 30, 2012, you have received an up-front rebate. To keep this rebate, you must make timely full installment payments for your first 12 payments. If you fail to make your payments in accordance with these requirements, we will add the rebate amount back to the principal balance of your loans. If you lose the rebate benefit, it cannot be reinstated.

**Timely:** You must make your payment no more than 6 days after your due date for it to be considered timely.

**Full Installment:** This is the amount listed in the "Monthly Payment" field on your billing statement.

**Direct Debit (Electronic Funds Transfer)** - If you sign up for Direct Debit, you will qualify for a 0.25% interest rate reduction. You will retain the reduced rate for as long as you are enrolled in Direct Debit unless the U.S. Department of Education discontinues the benefit.

**Other Benefits** - If your loans are eligible for any other borrower benefit programs, we will provide you with the details in a separate communication.