**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND**
Baltimore Division

| | |
|---|---|
| IN RE: ) | |
| PARVIS NAFFIS AND VICKY NAFFIS ) | Chapter 7 |
| Debtor ) | Case No.: **14-28711** |
| ) | |
| **PARVIS NAFFIS** ) | |
| **Plaintiff** ) | |
| ) | |
| Vs. ) | Adversary Case No.: **15-00078** |
| ) | |
| **XEROX EDUCATION SOLUTIONS,** ) | |
| **LLC f/k/a ACS Education Solutions** ) | |
| ) | |
| **Defendant** ) | |

**LINE PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HIS RESPONSE TO
DEFENDANT'S SUMMARY JUDGMENT MOTION**

**WILL THE CLERK OF THE COURT**, please find this line attaching Plaintiff's Affidavit in Support of his Response to Defendant's Motion to Summary Judgment which was omitted from the filing.

Respectfully submitted,

**LAW OFFICES OF KIM PARKER, P.A.**

By:     /s/
Kim Parker, Esq.
Federal Bar No:  23894
*Counsel for Plaintiff*
2123 Maryland Avenue
Baltimore, Maryland 21218
Telephone:     (410) 234-2621
Telecopier:     (410) 234-2612
Email: kp@kimparkerlaw.com

## **CERTIFICATE OF SERVICE**

I, **KIM PARKER,** attorney for the plaintiff in this action, do hereby certify that on this date I caused the foregoing to be electronically served upon all counsel of records via the Court's ECF Filing system.

/s/ Kim Parker
_____

**KIM PARKER, ESQUIRE**
Counsel for Plaintiff