IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: )<br>PARVIS NAFFIS AND VICKY NAFFIS )<br>Debtor )<br>)<br>) | Chapter 7<br>Case No.: 14-28711 |
| PARVIS NAFFIS )<br>Plaintiff )<br>)<br>Vs. )<br>)<br>) | Adversary Case No.: 15-00078 |
| XEROX EDUCATION SOLUTIONS, )<br>LLC f/k/a ACS Education Solutions )<br>)<br>Defendant ) | |

### AFFIDAVIT IN SUPPORT OF RESPONSE TO MOTION FOR SUMNMARY JUDGEMENT

I, Parvis Naffis, Plaintiff in this matter, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I obtained loans from the Defendants to finance my son's college education at various institutions of higher learning. At the time of the Bankruptcy, I was Seventy-Four (74) years old. On March 31st, 2012 became severely ill and required a series of surgeries which resulted in the loss of approximately half of his intestines. In March, 2013 due to my health problems, was forced to close my business and was forced into retirement due to my health.

2. Since March 31st, 2012, I was unable to work due to the permanent injury occasioned by my illness. I have pervasive problems with breathing, walking, concentration, memory loss, absorption of nutrition which leads to general body fatigue and weakness. I also suffers from heart disease (history of four by-pass surgeries); high blood pressure;

hyperthyroidism; depressions and takes medication for each of these conditions. My sole income is Social Security Disability Income. My income is barely sufficient to meet my living expenses and is not sufficient to pay any payment on the educational loans (Affd.¶).

3. I made a good faith effort to repay the original educational loans but due to compounding of interest a debt that started at $72,000.00 due to interest charges grew to well over $300,000.00. Accordingly, I was unable to maintain regular payments, and unable to make any payment at all now. My last payment on the debt was in 2002.

4. At the time of the filing of the adversary, the amount due to the Defendants was in excess of $300,000.00. Based upon my income, living expenses, and unlikely hood of future employment, the educational loans owed presented an undue hardship. Since the filing of the bankruptcy to the present, my income has essentially remained the same has my health and prospect for employment.

5. Soon after filing for Bankruptcy, the Defendant's agents continually called in their attempts to collect the debt, in direct contravention of the State and Federal laws.

6. In fact, The Defendant called me telephonically from December 18, 2014 through July 23, 2015, approximately 42 times. I spoke telephonically with the Defendant's agents, many times from December until July and informed them verbally that I had filed for bankruptcy. The Defendant's agent did not ask me for case information or for my counsel information.

7. During one of the telephone call, Defendant's agents informed me that my Bankruptcy had been dismissed and that unless I agreed to consolidate my student loans, they would start garnishment proceedings.

_____
Affiant – Parvis Naffis