# Exhibit A

```
 1            IN THE UNITED STATES BANKRUPTCY COURT FOR

 2                    THE DISTRICT OF MARYLAND

 3                        Baltimore Division

 4     ------------------------------------------------------

 5     IN RE:

 6     PARVIS NAFFIS AND VICKY NAFFIS,   Chapter 7

 7                                       Case No.:  14-28711

 8     Debtor

 9     PARVIS NAFFIS,

10                        Plaintiff

11     vs.                               Adversary Case No.:

12     XEROX EDUCATION SERVICES, LLC     15-00078

13     And

14     UNITED STATES DEPARTMENT OF

15     EDUCATION,

16

17     And

18

19     NELNET LOANS,

20                        Defendants

21     ------------------------------------------------------
```

```
 1                DEPOSITION OF PARVIS NAFFIS

 2                    Baltimore, Maryland

 3                  Thursday, June 14, 2018

 4                         1:39 p.m.

 5

 6   Reported by:  Sheri D. Hayhurst-Smith, RPR

 7

 8       DEPOSITION OF PARVIS NAFFIS, held at the

 9   Offices of:

10

11        SHAPIRO SHER

12        250 West Pratt Street

13        Suite 2000

14        Baltimore, Maryland  21201

15

16

17        Pursuant to Notice, before Sheri D.

18   Hayhurst-Smith, Registered Professional Reporter and

19   Notary Public in and for the State of Maryland.

20

21
```

1   occasions in attempt to collect a debt.
2           And by that allegation, how many times do you
3   believe or claim that Defendant contacted you in
4   attempt to collect a debt after you filed for
5   bankruptcy?
6       A    I cannot recall how many times, but I
7   would have at least once a week, once a day, and
8   sometimes on weekends, you know, for June, July,
9   August even.
10          And I don't remember exactly how many times
11  they called or, you know, when the time when they
12  called.
13          And I remember they called, but I cannot tell
14  you what time and --
15      Q    Do you mean June, July, or August of 2015?
16      A    When the bankruptcy -- yes.
17      Q    After you got your discharge and --
18      A    Correct.  Yes.
19      Q    Is there any specific calls you can
20  testify to before the June, July time frame, where
21  you received collection calls from Xerox Education

1   Services?

2       A    Before June, July?

3       Q    Yes.

4       A    Not before June, no, sir.

5       Q    So, after you filed for bankruptcy, the

6   first time you started getting these collection

7   calls was in June of 2015?

8       A    (The witness nods head up and down).

9       Q    Yes?

10      A    Yes.

11      Q    Do you know the names of any of the

12  individuals that contacted you?

13      A    No, sir.

14      Q    Do you have any recordings of any of the

15  calls?

16      A    No, sir.

17      Q    Do you have any notes that you made

18  related to these calls?

19      A    No, sir.

20      Q    Does your wife have any notes that she

21  made about any of these calls?

```
 1      A     I did not tell anybody, and I did not even
 2   tell my wife.
 3      Q     You didn't tell anyone that the defendant
 4   had called you and told you the case was dismissed,
 5   and you needed to consolidate your loans?
 6      A     No.
 7      Q     You didn't even tell your wife?
 8      A     At that time, no.  And then later on, I
 9   decided to consolidate because of the pressure.
10      Q     So, how much time passed between the time
11   that you claim this communication happened where the
12   defendant said your case had been dismissed and you
13   need to consolidate your loans and the time you
14   actually told someone?
15            How long did that time pass?
16      A     It was in August.  I don't know how long.
17   It was in August.
18      Q     August of 2015?
19      A     Yes, sir.
20      Q     Okay.  And did you do anything to verify
21   that your bankruptcy case or the lawsuit had not
```

1   Q   So, did they call you more or less than
2   five times to do what you call coercing you to sign
3   a new promissory?
4   **A   More than five times.**
5   Q   More or less than ten times?
6   **A   Yes.**
7   Q   More or less than ten times?
8   **A   More than ten times.**
9   Q   More or less than 20 times?
10  **A   Well, less than 20 times.**
11  Q   All in August of 2015?
12  **A   Well, mid July and towards the end --**
13  **towards August 1st.  Part of August.**
14  Q   And did you get the names of any of the
15  individuals?
16  **A   No, sir.**
17  Q   Was it the same individual each time?
18  **A   Not the same.  Different.**
19  Q   Do you have any way to determine what
20  dates those calls were made?
21  **A   Specifically, no.  But as I said before,**

1  it was within the three months.  Early was -- in

2  June was not as heavy as, you know, the end of July

3  and the first part of August.

4       Q    Of 2015?

5       A    Correct.

6       Q    Okay.  Did you tell anyone that Xerox

7  Education Services was calling you before you signed

8  the new promissory note?

9       A    No.  I did not tell anybody.

10      Q    Did you think it was important, that you

11 should have told or gotten legal advice on that?

12      A    I didn't even think about it.

13      Q    And you did not actually consolidate your

14 loans with Nelnet.

15      You consolidated your loans with the U.S.

16 Department of Education; is that correct?

17      A    Correct.

18      (Exhibit No. 3 was subsequently marked for

19 identification and attached hereto).

20 BY MR. HOODENPYLE:

21      Q    Mr. Naffis, I've handed you what's been