IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **PARVIS NAFFIS AND VICKY NAFFIS**, <br><br> Debtors', | Chapter 7 <br> Case No.: **14-28711** |
| **PARVIS NAFFIS** <br><br> Plaintiff <br> vs. <br><br> **XEROX EDUCATION SERVICES, LLC, UNITED STATES DEPARTMENT OF EDUCATION and NELNET,** <br><br> Defendants, | Adversary Case No.: **15-00078** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT**

**NOW COMES,** Parvis Naffis, ("Plaintiff"), by his attorneys Kim Parker and The Law Offices of Kim Parker, P.A., and pursuant to Federal Rules of Civil Procedure 56(c) and Fed. R. Bankr. P. 7056, responds to the Defendant's Xerox Education Services LLC (the "Defendant" or "Xerox", collectively), Motion for Summary Judgment and opposes the Motion for reasons state:

1. The Defendant Motion fails to raise valid defenses against Plaintiff's claims asserted in his Complaint.

2. There are material facts in dispute whether the Defendant knew of Plaintiff's Bankruptcy.

3. That the Defendants actions were unfair and deceptive.

4. Material issues of fact exist as to the circumstances of the occurrence underlying this litigation, precluding summary judgment as a matter of law

5. Plaintiff's Rule 56.1 Statement of Material Facts and Facts in Dispute indisputably demonstrates that there are, at a minimum, genuine issues of material fact concerning the Defendant's liability.

6. The Defendant has not met their burden of proof on their motion for summary judgment nor have they established their alleged lack of culpability.

7. The vast majority of the Plaintiff's claims are typically decided by juries, not judges, and the Defendant has manifestly failed to identify any reason why this case should be an exception to this rule.

8. A motion for summary judgment must be evaluated with all inferences construed in favor of the non-moving party; for reasons set forth fully in the accompanying Memorandum of Law, such inferences, when properly drawn in light of the disputed and undisputed facts, preclude summary judgment as a matter of law

WHEREFORE, for the reasons set forth above, and the accompanying Memorandum, Plaintiff respectfully request that this Court deny Defendant's Motion, and for such other and further relief as may be deemed just and proper.

Respectfully Submitted,

**THE LAW OFFICES OF KIM PARKER, PA**

/s/ Kim Parker /s/

_____
KIM PARKER, ESQUIRE, BAR NO.: 23894
2123 Maryland Avenue
Baltimore, Maryland 21218
Office: 410-234-2621
Fax: 410-234-2612
Email: kp@kimparkerlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of March 2019, an electronic copy of Plaintiff's Response and Opposition to Motion for Summary Judgment was served electronically by the Court's CM/ECF system on Anastasia L. McCusker, Richard M. Goldberg and Todd A. Hoodenpyle, counsels for the Defendant.

/s/ Kim Parker

_____

Kim Parker, Esquire