# EXHIBIT C



2470379
05/09/2018

# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:49
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 12/15/14 | 20:39:28 | 0:12 | 0:12 | 14106273299 | 14434656596 | | | MO | [] |
| 38 | 12/15/14 | 20:39:28 | 0:08 | 0:12 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 39 | 12/16/14 | 23:45:58 | 0:15 | 4:58 | 14436779670 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 40 | 12/17/14 | 19:48:24 | 0:11 | 4:08 | 13018824937 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 41 | 12/17/14 | 19:59:57 | 0:10 | 1:11 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 42 | 12/17/14 | 19:59:57 | 0:14 | 1:11 | 14106273299 | 14434656596 | | | MO | [] |
| 43 | 12/17/14 | 20:37:49 | 0:22 | 0:00 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 44 | 12/17/14 | 20:38:11 | 0:00 | 0:06 | 14436951424 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 45 | 12/18/14 | 14:08:49 | 0:22 | 0:03 | 14106273299 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 46 | 12/18/14 | 14:08:49 | 0:26 | 0:03 | 14106273299 14432803091(F) | 14434656596 | | | MO | [VM] |
| 47 | 12/18/14 | 14:10:08 | 0:22 | 0:06 | 14106276351 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 48 | 12/18/14 | 14:10:08 | 0:25 | 0:06 | 14106276351 14432803091(F) | 14434656596 | | | MO | [VM] |
| 49 | 12/18/14 | 15:03:26 | 0:22 | 0:00 | 18002010572 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [] |
| 50 | 12/18/14 | 15:03:49 | 0:01 | 1:00 | 18002010572 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 51 | 12/18/14 | 16:48:33 | 0:22 | 0:00 | 14106276351 | 14434656596 | | | MO | [] |
| 52 | 12/18/14 | 16:48:37 | 0:18 | 0:00 | 14106276351 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 53 | 12/23/14 | 00:38:06 | 0:22 | 0:00 | 13019838862 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 54 | 12/23/14 | 00:38:28 | 0:00 | 0:58 | 13019838862 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |

**AT&T Proprietary**

adb

**The information contained here is for use by authorized persons only and is not for general distribution.**

Page 3

2470379
05/09/2018

**MOBILITY**

AT&T

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:49
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 109 | 12/31/14 | 14:06:31 | 0:22 | 0:00 | 18007845309 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [] |
| 110 | 12/31/14 | 14:06:53 | 0:00 | 1:00 | 18007845309 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 111 | 01/02/15 | 15:59:02 | 0:09 | 1:13 | 13018824937 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 112 | 01/04/15 | 19:23:46 | 0:17 | 6:07 | 14436779670 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 113 | 01/04/15 | 20:49:18 | 0:12 | 0:19 | 14106273299 | 14434656596 | | | MO | [] |
| 114 | 01/04/15 | 20:49:18 | 0:05 | 0:19 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 115 | 01/05/15 | 17:21:14 | 0:20 | 0:39 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 116 | 01/05/15 | 17:21:14 | 0:24 | 0:39 | 14106273299 | 14434656596 | | | MO | [] |
| 117 | 01/06/15 | 20:08:47 | 0:12 | 4:09 | 14072282152 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 118 | 01/09/15 | 18:55:39 | 0:22 | 0:03 | 14106273299 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 119 | 01/09/15 | 18:55:39 | 0:26 | 0:03 | 14106273299 14432803091(F) | 14434656596 | | | MO | [VM] |
| 120 | 01/09/15 | 20:20:04 | 0:12 | 0:44 | 14106273299 | 14434656596 | | | MO | [] |
| 121 | 01/09/15 | 20:20:04 | 0:07 | 0:44 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 122 | 01/09/15 | 20:51:58 | 0:10 | 0:43 | 14106273299 | 14434656596 | | | MO | [] |
| 123 | 01/09/15 | 20:51:58 | 0:07 | 0:43 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 124 | 01/10/15 | 16:27:26 | 0:21 | 0:00 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 125 | 01/10/15 | 16:27:48 | 0:01 | 0:04 | 14436951424 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 126 | 01/10/15 | 16:48:47 | 0:14 | 0:17 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |

**AT&T Proprietary**

adb

**The information contained here is for use by authorized persons only and is not for general distribution.**

**Page 7**


2470379
05/09/2018

# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:49
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 182 | 01/17/15 | 01:00:45 | 0:01 | 0:27 | 14436779670<br>14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 183 | 01/17/15 | 01:03:23 | 0:21 | 0:00 | 14436779670 | 14434656596 | 0134330015410408<br>APPLE<br>IPHONE5 | 310410545426725 | MT | [NIOP] |
| 184 | 01/17/15 | 01:03:45 | 0:01 | 0:14 | 14436779670<br>14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 185 | 01/17/15 | 19:28:05 | 0:22 | 0:00 | -1 | 14434656596 | 0134330015410408<br>APPLE<br>IPHONE5 | 310410545426725 | MT | [] |
| 186 | 01/17/15 | 19:28:28 | 0:01 | 0:59 | 18002010572<br>14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 187 | 01/18/15 | 18:58:16 | 0:14 | 13:17 | 14045120911 | 14434656596 | 0134330015410408<br>APPLE<br>IPHONE5 | 310410545426725 | MT | [NIOP] |
| 188 | 01/18/15 | 18:58:16 | 0:18 | 13:18 | 14045120911 | 14434656596 | | | MO | [NIOR] |
| 189 | 01/18/15 | 21:56:10 | 0:13 | 0:47 | 14106273299 | 14434656596 | | | MO | [] |
| 190 | 01/18/15 | 21:56:10 | 0:09 | 0:47 | 14106273299 | 14434656596 | 0134330015410408<br>APPLE<br>IPHONE5 | 310410545426725 | MT | [NIOP] |
| 191 | 01/20/15 | 00:37:00 | 0:16 | 6:02 | 13018824937 | 14434656596 | 0134330015410408<br>APPLE<br>IPHONE5 | 310410545426725 | MT | [NIOP] |
| 192 | 01/20/15 | 18:06:25 | 0:06 | 0:27 | 14106273299 | 14434656596 | 0134330015410408<br>APPLE<br>IPHONE5 | 310410545426725 | MT | [NIOP] |
| 193 | 01/20/15 | 18:06:25 | 0:09 | 0:27 | 14106273299 | 14434656596 | | | MO | [] |
| 194 | 01/20/15 | 20:18:00 | 0:13 | 0:24 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 195 | 01/20/15 | 20:18:00 | 0:09 | 0:24 | 14106273299 | 14434656596 | 0134330015410408<br>APPLE<br>IPHONE5 | 310410545426725 | MT | [NIOP] |
| 196 | 01/20/15 | 20:20:26 | 0:10 | 0:25 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 197 | 01/20/15 | 20:20:26 | 0:07 | 0:25 | 14106273299 | 14434656596 | 0134330015410408<br>APPLE<br>IPHONE5 | 310410545426725 | MT | [NIOP] |
| 198 | 01/20/15 | 22:35:31 | 0:09 | 0:08 | 13212229889 | 14434656596 | 0134330015410408<br>APPLE<br>IPHONE5 | 310410545426725 | MT | [NIOP] |
| 199 | 01/22/15 | 15:37:10 | 0:11 | 0:36 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 200 | 01/22/15 | 15:37:10 | 0:08 | 0:36 | 14106273299 | 14434656596 | 0134330015410408<br>APPLE<br>IPHONE5 | 310410545426725 | MT | [NIOP] |

AT&T Proprietary

adb

The information contained here is for use by authorized persons only and is not for general distribution.

Page 11



# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:49
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 239 | 01/28/15 | 20:46:07 | 0:22 | 0:03 | 14106273299 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 240 | 01/28/15 | 20:46:07 | 0:26 | 0:03 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 241 | 01/28/15 | 20:59:09 | 0:10 | 6:47 | 14105507860 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 242 | 01/29/15 | 15:29:06 | 0:17 | 0:02 | 14107479116 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 243 | 01/29/15 | 19:05:38 | 0:21 | 0:00 | -1 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [] |
| 244 | 01/29/15 | 19:06:00 | 0:01 | 1:00 | 18002010572 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 245 | 01/30/15 | 15:53:57 | 0:09 | 0:23 | 13019838862 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 246 | 01/30/15 | 17:19:13 | 0:18 | 0:33 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 247 | 01/30/15 | 17:19:13 | 0:22 | 0:33 | 14106273299 | 14434656596 | | | MO | [] |
| 248 | 01/30/15 | 17:22:00 | 0:19 | 0:23 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 249 | 01/30/15 | 17:22:00 | 0:23 | 0:23 | 14106273299 | 14434656596 | | | MO | [] |
| 250 | 01/31/15 | 02:09:43 | 0:22 | 0:00 | 13019838862 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 251 | 01/31/15 | 02:10:06 | 0:01 | 0:07 | 13019838862 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 252 | 02/01/15 | 14:43:54 | 0:17 | 3:34 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 253 | 02/01/15 | 20:29:52 | 0:08 | 1:38 | 19125317100 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 254 | 02/02/15 | 18:38:32 | 0:11 | 0:38 | 19125317100 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 255 | 02/03/15 | 16:08:39 | 0:12 | 2:28 | 19125317100 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |

2470379
05/09/2018

**MOBILITY**

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:49
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 310 | 02/13/15 | 14:52:05 | 0:15 | 0:49 | 12405143195 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 311 | 02/13/15 | 19:27:05 | 0:21 | 0:00 | 18003438883 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 312 | 02/14/15 | 13:39:57 | 0:21 | 0:00 | 14436951424 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 313 | 02/14/15 | 13:40:18 | 0:00 | 0:26 | 14436951424 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 314 | 02/14/15 | 17:08:19 | 0:21 | 0:00 | 14106276351 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 315 | 02/14/15 | 17:08:40 | 0:00 | 0:07 | 14106276351 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 316 | 02/14/15 | 17:08:40 | 0:30 | 0:07 | 14106276351 14432803091(F) | 14434656596 | | | MO | [VM] |
| 317 | 02/14/15 | 18:54:04 | 0:17 | 1:15 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 318 | 02/14/15 | 22:51:12 | 0:10 | 0:30 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 319 | 02/14/15 | 22:51:13 | 0:16 | 0:29 | 14106273299 01114434656596(D) | 14434656596 | | | MO | [NIOR] |
| 320 | 02/14/15 | 23:05:42 | 0:10 | 0:11 | 14106273299 01114434656596(D) | 14434656596 | | | MO | [NIOR] |
| 321 | 02/14/15 | 23:05:42 | 0:05 | 0:12 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 322 | 02/14/15 | 23:10:32 | 0:12 | 1:17 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 323 | 02/14/15 | 23:10:32 | 0:18 | 1:17 | 14106273299 01114434656596(D) | 14434656596 | | | MO | [NIOR] |
| 324 | 02/15/15 | 17:02:59 | 0:12 | 28:26 | 13018824937 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 325 | 02/16/15 | 00:22:21 | 0:11 | 4:17 | 14106276351 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 326 | 02/16/15 | 00:22:21 | 0:16 | 4:16 | 14106276351 | 14434656596 | | | MO | [VCORR] |

AT&T Proprietary

adb

The information contained here is for use by authorized persons only and is not for general distribution.

Page 18



2470379
05/09/2018

# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:50
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 346 | 02/23/15 | 17:27:22 | 0:09 | 3:41 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 347 | 02/24/15 | 17:56:19 | 0:14 | 0:20 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 348 | 02/24/15 | 17:56:19 | 0:20 | 0:19 | 14106273299 | 14434656596 | | | MO | [NIOR] |
| 349 | 02/25/15 | 17:07:48 | 0:13 | 1:41 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 350 | 02/25/15 | 20:40:53 | 0:00 | 0:00 | 14436951424 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFB:VM] |
| 351 | 02/25/15 | 20:40:54 | 0:01 | 0:04 | 14436951424 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFB:VM] |
| 352 | 02/25/15 | 21:42:11 | 0:00 | 0:00 | 0000000000 | 14434656596 | | 310410545426725 | MT | [NIOP] |
| 353 | 02/25/15 | 21:42:11 | 0:00 | 0:00 | 18003438883 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFB:VM] |
| 354 | 02/25/15 | 21:57:02 | 0:02 | 0:00 | 13033517112 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 355 | 02/25/15 | 21:57:23 | 0:13 | 0:12 | 13033517112 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 356 | 02/26/15 | 00:36:01 | 0:00 | 0:00 | 14106276351 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNR:VM] |
| 357 | 02/26/15 | 00:36:01 | 0:00 | 0:08 | 14106276351 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNR:VM] |
| 358 | 02/26/15 | 00:36:01 | 0:27 | 0:08 | 14106276351 14432803091(F) | 14434656596 | | | MO | [VM] |
| 359 | 02/26/15 | 21:37:37 | 0:10 | 8:23 | 14436779670 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 360 | 02/27/15 | 01:20:38 | 0:11 | 13:30 | 14045120911 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 361 | 02/27/15 | 01:20:38 | 0:17 | 13:30 | 14045120911 | 14434656596 | | | MO | [NIOR] |
| 362 | 02/27/15 | 17:17:57 | 0:12 | 0:55 | 14106273299 | 14434656596 | | | MO | [NIOR] |
| 363 | 02/27/15 | 17:17:57 | 0:08 | 0:56 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 364 | 02/27/15 | 21:38:18 | 0:00 | 0:00 | 19202664056 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |

AT&T Proprietary

adb

The information contained here is for use by authorized persons only and is not for general distribution.

Page 20



# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:50
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 402 | 03/10/15 | 18:43:57 | 0:16 | 8:09 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 403 | 03/10/15 | 21:22:56 | 0:16 | 0:23 | 14106273299 | 14434656596 | | | MO | [NIOR] |
| 404 | 03/10/15 | 21:22:57 | 0:10 | 0:23 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 405 | 03/11/15 | 20:45:18 | 0:10 | 0:21 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 406 | 03/11/15 | 20:45:18 | 0:15 | 0:20 | 14106273299 | 14434656596 | | | MO | [NIOR] |
| 407 | 03/12/15 | 21:08:36 | 0:21 | 0:00 | -1 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [CFNA:VM] |
| 408 | 03/12/15 | 21:08:57 | 0:00 | 0:59 | 18002010572 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 409 | 03/14/15 | 22:28:34 | 0:12 | 0:15 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 410 | 03/15/15 | 20:46:54 | 0:11 | 1:47 | 13019838862 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 411 | 03/16/15 | 15:19:34 | 0:22 | 0:00 | 13019838862 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 412 | 03/16/15 | 15:19:57 | 0:01 | 0:04 | 13019838862 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 413 | 03/16/15 | 15:42:45 | 0:12 | 0:00 | 14106273299 | 14434656596 | | | MO | [] |
| 414 | 03/16/15 | 15:42:49 | 0:08 | 0:00 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 415 | 03/16/15 | 16:32:04 | 0:23 | 1:13 | 14106273299 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 416 | 03/16/15 | 16:32:04 | 0:26 | 1:13 | 14106273299 14432803091(F) | 14434656596 | | | MO | [VM] |
| 417 | 03/16/15 | 18:59:30 | 0:22 | 0:03 | 14106273299 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 418 | 03/16/15 | 18:59:30 | 0:27 | 0:03 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 419 | 03/16/15 | 19:01:18 | 0:21 | 0:03 | 14106273299 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.



2470379
05/09/2018

# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:50
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 492 | 03/25/15 | 17:40:01 | 0:09 | 0:17 | 14106276351 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 493 | 03/25/15 | 18:00:31 | 0:03 | 0:00 | 14106273299 | 14434656596 | | | MO | [] |
| 494 | 03/25/15 | 18:00:53 | 0:11 | 0:18 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 495 | 03/25/15 | 18:00:53 | 0:08 | 0:18 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 496 | 03/25/15 | 18:19:30 | 0:15 | 0:13 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 497 | 03/25/15 | 18:19:30 | 0:18 | 0:13 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 498 | 03/25/15 | 21:53:13 | 0:12 | 0:35 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 499 | 03/26/15 | 14:35:44 | 0:08 | 0:32 | 14106678223 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 500 | 03/26/15 | 14:57:57 | 0:22 | 0:12 | 14106273299 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 501 | 03/26/15 | 14:57:57 | 0:25 | 0:12 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 502 | 03/26/15 | 15:13:22 | 0:11 | 2:00 | 18003438883 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 503 | 03/26/15 | 23:05:35 | 0:22 | 0:00 | 18003438883 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 504 | 03/27/15 | 18:41:21 | 0:22 | 0:07 | 14106273299 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 505 | 03/27/15 | 18:41:21 | 0:26 | 0:07 | 14106273299 14432803091(F) | 14434656596 | | | MO | [VM] |
| 506 | 03/28/15 | 13:21:06 | 0:08 | 1:20 | 13018824937 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 507 | 03/28/15 | 14:10:16 | 0:15 | 0:17 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 508 | 03/28/15 | 14:10:16 | 0:19 | 0:17 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 509 | 03/28/15 | 14:57:04 | 0:12 | 0:26 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |

AT&T Proprietary

adb

The information contained here is for use by authorized persons only and is not for general distribution.

Page 28



# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:50
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 547 | 04/06/15 | 19:41:23 | 0:12 | 8:19 | 14137364529 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CMH] |
| 548 | 04/07/15 | 15:04:16 | 0:12 | 0:15 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 549 | 04/07/15 | 15:04:16 | 0:16 | 0:15 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 550 | 04/07/15 | 18:33:21 | 0:04 | 0:39 | 14106276351 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 551 | 04/07/15 | 18:33:21 | 0:07 | 0:39 | 14106276351 | 14434656596 | | | MO | [] |
| 552 | 04/07/15 | 18:43:11 | 0:10 | 0:59 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 553 | 04/07/15 | 18:43:11 | 0:14 | 0:59 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 554 | 04/07/15 | 19:08:19 | 0:10 | 0:18 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 555 | 04/07/15 | 19:08:19 | 0:14 | 0:18 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 556 | 04/07/15 | 19:18:23 | 0:12 | 0:33 | 14106276351 | 14434656596 | | | MO | [] |
| 557 | 04/07/15 | 19:18:23 | 0:06 | 0:33 | 14106276351 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 558 | 04/07/15 | 19:31:49 | 0:23 | 0:00 | 12532659292 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 559 | 04/07/15 | 19:45:42 | 0:11 | 0:58 | 14106276351 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 560 | 04/07/15 | 19:45:42 | 0:16 | 0:58 | 14106276351 | 14434656596 | | | MO | [] |
| 561 | 04/07/15 | 20:54:42 | 0:11 | 2:37 | 14108618666 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 562 | 04/07/15 | 22:54:44 | 0:04 | 2:45 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CMW] |
| 563 | 04/08/15 | 22:43:57 | 0:14 | 0:17 | 18008353411 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 564 | 04/09/15 | 19:45:05 | 0:22 | 0:03 | 14106273299 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

2470379
05/09/2018

# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

AT&T

Run Date: 05/10/2018
Run Time: 02:09:50
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 565 | 04/09/15 | 19:45:05 | 0:26 | 0:03 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 566 | 04/10/15 | 16:23:32 | 0:16 | 1:29 | 14045120911 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 567 | 04/10/15 | 16:23:32 | 0:19 | 1:29 | 14045120911 | 14434656596 | | | MO | [NIOR] |
| 568 | 04/11/15 | 14:16:38 | 0:22 | 0:00 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 569 | 04/11/15 | 14:17:01 | 0:01 | 0:33 | 14106273299 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 570 | 04/11/15 | 14:17:01 | 0:27 | 0:33 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 571 | 04/11/15 | 15:01:56 | 0:22 | 0:00 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 572 | 04/11/15 | 15:02:18 | 0:00 | 0:04 | 14106273299 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 573 | 04/11/15 | 15:02:18 | 0:26 | 0:04 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 574 | 04/11/15 | 15:51:01 | 0:11 | 1:05 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 575 | 04/11/15 | 15:51:01 | 0:14 | 1:05 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 576 | 04/11/15 | 18:52:44 | 0:21 | 0:00 | 18008353411 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 577 | 04/11/15 | 18:53:06 | 0:01 | 0:52 | 18008353411 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 578 | 04/11/15 | 21:17:11 | 0:22 | 0:00 | 18003438883 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 579 | 04/12/15 | 14:25:39 | 0:22 | 0:00 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 580 | 04/12/15 | 14:26:01 | 0:00 | 0:14 | 14436951424 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 581 | 04/13/15 | 02:40:21 | 0:22 | 0:00 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 582 | 04/13/15 | 02:40:44 | 0:01 | 0:03 | 14436951424 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 583 | 04/14/15 | 17:21:05 | 0:22 | 0:00 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |

AT&T Proprietary

adb

The information contained here is for use by authorized persons only and is not for general distribution.

Page 32

**MOBILITY**

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

AT&T

Run Date: 05/10/2018
Run Time: 02:09:50
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 584 | 04/14/15 | 17:21:27 | 0:00 | 0:25 | 14106273299 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 585 | 04/14/15 | 17:21:27 | 0:25 | 0:25 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 586 | 04/15/15 | 15:10:32 | 0:22 | 0:00 | 18003438883 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 587 | 04/15/15 | 16:37:27 | 0:12 | 0:41 | 14106276351 | 14434656596 | | | MO | [] |
| 588 | 04/15/15 | 16:37:27 | 0:08 | 0:41 | 14106276351 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 589 | 04/15/15 | 17:19:01 | 0:13 | 0:41 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 590 | 04/15/15 | 17:19:01 | 0:09 | 0:41 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 591 | 04/15/15 | 17:23:38 | 0:12 | 0:15 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 592 | 04/15/15 | 17:23:38 | 0:17 | 0:15 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 593 | 04/15/15 | 17:40:49 | 0:12 | 0:09 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 594 | 04/15/15 | 17:40:49 | 0:09 | 0:09 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 595 | 04/15/15 | 20:24:09 | 0:11 | 0:22 | 14106273299 | 14434656596 | | | MO | [] |
| 596 | 04/15/15 | 20:24:09 | 0:07 | 0:22 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 597 | 04/19/15 | 20:22:17 | 0:11 | 31:27 | 14045120911 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 598 | 04/19/15 | 20:22:17 | 0:15 | 31:28 | 14045120911 | 14434656596 | | | MO | [NIOR] |
| 599 | 04/21/15 | 21:31:45 | 0:22 | 0:00 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 600 | 04/21/15 | 21:32:07 | 0:00 | 0:03 | 14106273299 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 601 | 04/21/15 | 21:32:07 | 0:26 | 0:03 | 14106273299 | 14434656596 | | | MO | [] |
| 602 | 04/22/15 | 14:38:04 | 0:20 | 1:06 | 18002341357 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 603 | 04/22/15 | 17:37:58 | 0:14 | 3:10 | 14105507860 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.



2470379
05/09/2018

# MOBILITY

 AT&T

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:50
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 624 | 04/24/15 | 21:44:45 | 0:09 | 1:58 | 14436779670 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 625 | 04/27/15 | 15:50:57 | 0:10 | 1:21 | 14108124795 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 626 | 04/27/15 | 15:50:57 | 0:14 | 1:21 | 14108124795 | 14434656596 | | | MO | [] |
| 627 | 04/27/15 | 17:19:15 | 0:22 | 0:00 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 628 | 04/27/15 | 17:19:38 | 0:01 | 0:07 | 14436951424 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 629 | 04/28/15 | 17:55:16 | 0:21 | 0:00 | 14105507860 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 630 | 04/28/15 | 17:55:38 | 0:01 | 0:46 | 14105507860 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 631 | 04/28/15 | 18:06:36 | 0:22 | 0:00 | -1 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [] |
| 632 | 04/28/15 | 18:06:59 | 0:01 | 0:06 | -1 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 633 | 04/29/15 | 15:35:29 | 0:10 | 0:10 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 634 | 04/29/15 | 19:39:36 | 0:10 | 10:57 | 14106159800 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 635 | 04/29/15 | 19:39:36 | 0:14 | 10:57 | 14106159800 | 14434656596 | | | MO | [] |
| 636 | 04/29/15 | 23:55:19 | 0:15 | 0:23 | 18008353411 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 637 | 04/30/15 | 21:49:48 | 0:18 | 0:08 | 18008353411 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 638 | 05/01/15 | 00:37:17 | 0:10 | 0:17 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 639 | 05/01/15 | 00:37:17 | 0:15 | 0:17 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 640 | 05/01/15 | 15:53:52 | 0:16 | 0:16 | 14104563709 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 641 | 05/01/15 | 15:53:52 | 0:21 | 0:16 | 14104563709 | 14434656596 | | | MO | [] |

AT&T Proprietary

adb

The information contained here is for use by authorized persons only and is not for general distribution.

Page 35



# MOBILITY

2470379
05/09/2018

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

AT&T

Run Date: 05/10/2018
Run Time: 02:09:50
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 663 | 05/05/15 | 15:35:17 | 0:08 | 0:24 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 664 | 05/05/15 | 19:17:24 | 0:08 | 0:39 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 665 | 05/06/15 | 15:04:50 | 0:18 | 0:57 | 14046686628 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 666 | 05/06/15 | 15:04:50 | 0:22 | 0:57 | 14046686628 | 14434656596 | | | MO | [] |
| 667 | 05/06/15 | 17:40:06 | 0:22 | 0:00 | 18003438883 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 668 | 05/06/15 | 18:48:43 | 0:16 | 0:28 | 14107474778 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 669 | 05/07/15 | 13:44:36 | 0:22 | 0:00 | 19136607861 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 670 | 05/07/15 | 15:07:53 | 0:12 | 0:08 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 671 | 05/07/15 | 21:23:01 | 0:11 | 0:22 | 13018824937 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 672 | 05/07/15 | 21:23:44 | 0:00 | 0:05 | 13018824937 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNR:VM] |
| 673 | 05/07/15 | 21:30:00 | 0:15 | 0:32 | 13018824937 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 674 | 05/09/15 | 11:41:37 | 0:11 | 0:55 | 12023747303 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 675 | 05/09/15 | 11:41:37 | 0:14 | 0:55 | 12023747303 | 14434656596 | | | MO | [VCORR] |
| 676 | 05/09/15 | 11:58:47 | 0:11 | 0:37 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 677 | 05/09/15 | 11:58:47 | 0:14 | 0:37 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 678 | 05/09/15 | 18:29:13 | 0:15 | 0:41 | 12023747303 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 679 | 05/09/15 | 18:29:13 | 0:19 | 0:41 | 12023747303 | 14434656596 | | | MO | [VCORR] |

AT&T Proprietary

adb

The information contained here is for use by authorized persons only and is not for general distribution.

Page 37

# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

AT&T

Run Date: 05/10/2018
Run Time: 02:09:50
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 718 | 05/14/15 | 22:58:14 | 0:15 | 0:34 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 719 | 05/14/15 | 22:59:15 | 0:20 | 0:06 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 720 | 05/14/15 | 22:59:16 | 0:23 | 0:05 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 721 | 05/14/15 | 23:34:33 | 0:22 | 0:00 | 16077423934 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 722 | 05/14/15 | 23:34:55 | 0:00 | 0:54 | 16077423934 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 723 | 05/14/15 | 23:55:55 | 0:11 | 0:55 | 14049640272 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 724 | 05/14/15 | 23:55:55 | 0:15 | 0:55 | 14049640272 | 14434656596 | | | MO | [] |
| 725 | 05/15/15 | 15:20:29 | 0:23 | 0:00 | 18003438883 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 726 | 05/15/15 | 17:28:29 | 0:12 | 0:03 | 12023747303 | 14434656596 | | | MO | [VCORR] |
| 727 | 05/15/15 | 17:28:29 | 0:01 | 0:03 | 12023747303 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNR:VM] |
| 728 | 05/15/15 | 18:39:31 | 0:01 | 0:06 | 14434656596 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFB:VM] |
| 729 | 05/15/15 | 18:39:31 | 0:02 | 0:06 | 14434656596 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MO | [VM] |
| 730 | 05/15/15 | 19:51:18 | 0:22 | 0:00 | 14102967900 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 731 | 05/15/15 | 19:51:40 | 0:00 | 0:37 | 14102967900 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 732 | 05/15/15 | 20:49:29 | 0:22 | 0:00 | 14434262391 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 733 | 05/15/15 | 20:49:51 | 0:00 | 0:24 | 14434262391 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 734 | 05/15/15 | 20:51:05 | 0:08 | 0:21 | 13014181871 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 735 | 05/16/15 | 00:44:17 | 0:22 | 0:00 | 16077423934 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:51
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 736 | 05/16/15 | 00:44:39 | 0:00 | 1:14 | 16077423934 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 737 | 05/16/15 | 16:25:30 | 0:12 | 2:08 | 12023747303 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 738 | 05/16/15 | 16:25:30 | 0:16 | 2:08 | 12023747303 | 14434656596 | | | MO | [] |
| 739 | 05/16/15 | 20:29:46 | 0:00 | 0:03 | 12023747303 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNR:VM] |
| 740 | 05/16/15 | 20:29:46 | 0:11 | 0:03 | 12023747303 | 14434656596 | | | MO | [VCORR] |
| 741 | 05/18/15 | 14:39:23 | 0:15 | 6:40 | 12023747303 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 742 | 05/18/15 | 14:39:23 | 0:19 | 6:40 | 12023747303 | 14434656596 | | | MO | [VCORR] |
| 743 | 05/18/15 | 14:48:46 | 0:15 | 1:04 | 17035646007 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 744 | 05/18/15 | 16:15:56 | 0:12 | 5:20 | 12023747303 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 745 | 05/18/15 | 16:15:56 | 0:15 | 5:20 | 12023747303 | 14434656596 | | | MO | [VCORR] |
| 746 | 05/18/15 | 16:35:15 | 0:09 | 0:41 | 14107699400 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 747 | 05/18/15 | 18:46:45 | 0:12 | 0:04 | 17275422700 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 748 | 05/18/15 | 19:03:23 | 0:14 | 3:11 | 18008413000 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 749 | 05/18/15 | 21:25:34 | 0:06 | 0:10 | 14434150752 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 750 | 05/18/15 | 22:31:26 | 0:10 | 0:07 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 751 | 05/18/15 | 22:31:26 | 0:17 | 0:07 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 752 | 05/19/15 | 16:17:24 | 0:23 | 0:00 | 18003438883 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 753 | 05/20/15 | 15:01:18 | 0:20 | 0:51 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

2470379
05/09/2018

# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:51
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 05/30/15 | 13:49:00 | 0:15 | 0:18 | 14106276351 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 811 | 05/30/15 | 13:49:00 | 0:19 | 0:18 | 14106276351 | 14434656596 | | | MO | [] |
| 812 | 05/30/15 | 16:57:05 | 0:08 | 3:59 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 813 | 05/30/15 | 17:04:58 | 0:13 | 0:35 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 814 | 05/30/15 | 19:11:03 | 0:22 | 0:00 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 815 | 05/30/15 | 19:11:26 | 0:01 | 0:04 | 14436951424 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 816 | 05/31/15 | 13:18:56 | 0:05 | 0:08 | 18008353411 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 817 | 05/31/15 | 13:21:56 | 0:04 | 0:00 | 14434150752 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 818 | 05/31/15 | 13:22:00 | 0:00 | 1:56 | 14434150752 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFB:VM] |
| 819 | 05/31/15 | 15:53:14 | 0:01 | 0:00 | 14103709977 | 14434656596 | | | MO | [] |
| 820 | 05/31/15 | 22:38:39 | 0:15 | 0:43 | 14106276351 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 821 | 05/31/15 | 22:38:39 | 0:20 | 0:43 | 14106276351 | 14434656596 | | | MO | [] |
| 822 | 06/01/15 | 13:50:39 | 0:10 | 0:19 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 823 | 06/01/15 | 13:50:39 | 0:14 | 0:19 | 14106273299 | 14434656596 | | | MO | [] |
| 824 | 06/01/15 | 13:52:26 | 0:22 | 0:03 | 14106273299 14432803091(F) | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 825 | 06/01/15 | 13:52:26 | 0:27 | 0:03 | 14106273299 14432803091(F) | 14434656596 | | | MO | [VM] |
| 826 | 06/01/15 | 13:53:18 | 0:00 | 0:04 | 14106273299 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNR:VM] |
| 827 | 06/01/15 | 13:53:18 | 0:14 | 0:04 | 14106273299 14432803091(F) | 14434656596 | | | MO | [VM] |

AT&T Proprietary

adb

The information contained here is for use by authorized persons only and is not for general distribution.

Page 45



2470379
05/09/2018

# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:51
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 888 | 06/07/15 | 19:17:00 | 0:23 | 0:00 | 14436951424 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 889 | 06/07/15 | 19:17:23 | 0:00 | 0:08 | 14436951424 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 890 | 06/07/15 | 22:45:07 | 0:14 | 0:59 | 14105610042 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 891 | 06/08/15 | 16:04:29 | 0:10 | 0:30 | 14437560444 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 892 | 06/08/15 | 16:04:29 | 0:14 | 0:30 | 14437560444 | 14434656596 | | | MO | [] |
| 893 | 06/08/15 | 17:01:23 | 0:15 | 0:36 | 14437560444 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 894 | 06/08/15 | 17:01:23 | 0:19 | 0:36 | 14437560444 | 14434656596 | | | MO | [] |
| 895 | 06/08/15 | 17:05:45 | 0:22 | 0:00 | 14435353513 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 896 | 06/08/15 | 17:06:08 | 0:01 | 0:03 | 14435353513 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 897 | 06/09/15 | 14:14:06 | 0:17 | 0:19 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 898 | 06/09/15 | 14:14:06 | 0:21 | 0:19 | 14106273299 | 14434656596 | | | MO | [] |
| 899 | 06/09/15 | 16:53:16 | 0:10 | 8:33 | 18008353411 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 900 | 06/09/15 | 19:15:13 | 0:13 | 0:12 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 901 | 06/09/15 | 19:15:13 | 0:17 | 0:12 | 14106273299 | 14434656596 | | | MO | [] |
| 902 | 06/09/15 | 20:13:49 | 0:14 | 1:18 | 14106462020 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 903 | 06/10/15 | 00:40:48 | 0:19 | 4:55 | 13018824937 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 904 | 06/10/15 | 14:14:42 | 0:14 | 0:35 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 905 | 06/10/15 | 14:14:42 | 0:17 | 0:35 | 14106273299 | 14434656596 | | | MO | [] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.



# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 05/10/2018
Run Time: 02:09:51
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 962 | 06/17/15 | 20:45:12 | 0:16 | 0:06 | 18003438883 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 963 | 06/17/15 | 20:46:32 | 0:08 | 0:03 | 18003438883 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 964 | 06/17/15 | 21:14:42 | 0:12 | 4:21 | 12406880959 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 965 | 06/18/15 | 12:46:42 | 0:15 | 0:49 | 18003438883 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 966 | 06/18/15 | 16:26:47 | 0:11 | 0:16 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 967 | 06/18/15 | 16:26:47 | 0:18 | 0:16 | 14106273299 | 14434656596 | | | MO | [VCORR] |
| 968 | 06/19/15 | 14:18:29 | 0:16 | 1:31 | 14106276351 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 969 | 06/19/15 | 14:18:29 | 0:23 | 1:31 | 14106276351 | 14434656596 | | | MO | [] |
| 970 | 06/20/15 | 20:14:55 | 0:14 | 1:58 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 971 | 06/20/15 | 20:14:55 | 0:18 | 1:58 | 14106273299 | 14434656596 | | | MO | [] |
| 972 | 06/20/15 | 21:26:39 | 0:00 | 0:05 | 14106273299 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNR:VM] |
| 973 | 06/20/15 | 21:26:39 | 0:22 | 0:05 | 14106273299 14432803091(F) | 14434656596 | | | MO | [VM] |
| 974 | 06/21/15 | 13:59:24 | 0:18 | 4:24 | 14106276351 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 975 | 06/21/15 | 13:59:24 | 0:23 | 4:24 | 14106276351 | 14434656596 | | | MO | [] |
| 976 | 06/21/15 | 15:51:27 | 0:13 | 0:59 | 14106273299 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 977 | 06/21/15 | 15:51:27 | 0:18 | 0:59 | 14106273299 | 14434656596 | | | MO | [] |
| 978 | 06/21/15 | 16:10:07 | 0:15 | 1:14 | 13019838862 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 979 | 06/21/15 | 16:15:52 | 0:22 | 0:00 | 14105610042 | 14434656596 | 0134330015410408 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |

The information contained here is for use by authorized persons only and is not for general distribution.

2470379
05/09/2018

# MOBILITY

AT&T has queried for records from 12/11/2014 12:00:00am to 03/25/2018 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

AT&T

Run Date: 05/10/2018
Run Time: 02:09:53
Voice Usage For: (443)465-6596

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1331 | 07/23/15 | 01:23:04 | 0:21 | 0:03 | 12023747303 14432803091(F) | 14434656596 | 0134330015410413 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 1332 | 07/23/15 | 01:23:04 | 0:26 | 0:03 | 12023747303 | 14434656596 | | | MO | [VCORR] |
| 1333 | 07/23/15 | 01:32:44 | 0:22 | 0:05 | 12023747303 14432803091(F) | 14434656596 | 0134330015410413 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 1334 | 07/23/15 | 01:32:45 | 0:26 | 0:04 | 12023747303 | 14434656596 | | | MO | [VCORR] |
| 1335 | 07/23/15 | 14:40:15 | 0:17 | 2:00 | 14436951424 | 14434656596 | 0134330015410413 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 1336 | 07/23/15 | 18:02:57 | 0:11 | 14:02 | 14106276351 | 14434656596 | | | MO | [] |
| 1337 | 07/23/15 | 18:02:57 | 0:08 | 14:02 | 14106276351 | 14434656596 | 0134330015410413 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 1338 | 07/23/15 | 20:16:24 | 0:22 | 0:00 | 18003438883 | 14434656596 | 0134330015410413 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 1339 | 07/24/15 | 12:52:43 | 0:19 | 0:33 | 14437560444 | 14434656596 | 0134330015410413 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 1340 | 07/24/15 | 12:52:43 | 0:23 | 0:33 | 14437560444 | 14434656596 | | | MO | [] |
| 1341 | 07/24/15 | 14:08:36 | 0:13 | 8:21 | 17033563713 | 14434656596 | 0134330015410413 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 1342 | 07/24/15 | 14:13:52 | 0:22 | 0:03 | 14106276351 14432803091(F) | 14434656596 | 0134330015410413 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:CMW:VM] |
| 1343 | 07/24/15 | 14:13:52 | 0:23 | 0:03 | 14106276351 | 14434656596 | | | MO | [VCORR] |
| 1344 | 07/24/15 | 14:27:12 | 0:22 | 0:00 | 14436951424 | 14434656596 | 0134330015410413 APPLE IPHONE5 | 310410545426725 | MT | [NIOP] |
| 1345 | 07/24/15 | 14:27:34 | 0:00 | 0:34 | 14436951424 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNA:VM] |
| 1346 | 07/24/15 | 14:54:03 | 0:01 | 0:04 | 14106276351 14432803091(F) | 14434656596 | | 310410545426725 | MT | [CFNR:VM] |
| 1347 | 07/24/15 | 14:54:03 | 0:02 | 0:04 | 14106276351 | 14434656596 | | | MO | [VCORR] |
| 1348 | 07/24/15 | 15:25:18 | 0:21 | 0:05 | 14106276351 14432803091(F) | 14434656596 | 0134330015410413 APPLE IPHONE5 | 310410545426725 | MT | [NIOP:CFNA:VM] |
| 1349 | 07/24/15 | 15:25:19 | 0:27 | 0:04 | 14106276351 | 14434656596 | | | MO | [VCORR] |

AT&T Proprietary

adb

The information contained here is for use by authorized persons only and is not for general distribution.

Page 73