# EXHIBIT E

Page 22

1 lawsuit on July 25th of 2016?
2 · · A· ·**July 26th?**
3 · · Q· ·July 25th of 2016.
4 · · A· ·**I don't recall the date.**
5 · · (Exhibit No. 2 was subsequently marked for
6 identification and attached hereto).
7 BY MR. HOODENPYLE:
8 · · Q· ·I'm going to show you what has been filed
9 in this case as a notice of service of summons that
10 your lawyer filed.  And this is marked as Exhibit 2
11 to your deposition.
12 · · Do you see this document?
13 · · A· ·**Yes.**
14 · · Q· ·And if you look at the second page of
15 Exhibit 2, Mr. Naffis, do you see where it shows
16 your attorney certified to the Court that Xerox
17 Education Services, LLC was served with a third
18 amended complaint on July 25th, 2016?
19 · · A· ·**Yes, sir.**
20 · · Q· ·Okay.  Are you aware of any facts that
21 would show that Xerox Education Services, LLC, had

Page 23

1 knowledge of your bankruptcy case before this
2 July 25th, 2016 notice of service?
3 · · A· ·**I don't know, sir.**
4 · · Q· ·Do you understand that your claims to
5 discharge your student loan indebtedness that was
6 filed against the U.S. Department of Education and
7 against Nelnet Loans, you understand that those
8 claims have been dismissed by the Court?
9 · · A· ·**Yes.**
10 · · Q· ·And you understand that you will not be
11 getting a discharge of your student loans in this
12 case?
13 · · A· ·**Yes.  I do understand.**
14 · · Q· ·The student loans -- you had not made a
15 payment on those student loans since about 2002 or
16 2003; is that correct?
17 · · A· ·**2004.**
18 · · Q· ·2004.
19 · · A· ·**The last payment was made in 2004.**
20 · · Q· ·Have you made any payments since you
21 consolidated with the U.S. Department of Education?

Page 24

1 · · A· ·**No, sir.  May I?**
2 · · Q· ·I want to make sure I understood your
3 testimony.
4 · · Have you made any payments since you
5 consolidated the student loan with the U.S.
6 Department of Education?
7 · · A· ·**No, sir.**
8 · · Q· ·Is there something you wanted to add?
9 · · A· ·**No.  Because when I consolidated the**
10 **loan --**
11 · · Q· ·Well, we're going to talk about the
12 consolidation in a second.
13 · · A· ·**All right, sir.**
14 · · Q· ·If you'll get Exhibit 1 back in front of
15 you.
16 · · Do you understand that you have three different
17 claims that you filed against my client?
18 · · A· ·**Yes, sir.**
19 · · Q· ·All right.  Well, we're going to look at
20 the first one listed on here, and it starts on Page
21 3 of Exhibit 1.

Page 25

1 · · Let me know when you've found that page.  Are
2 you there?
3 · · A· ·**Yes.**
4 · · Q· ·And you've made a claim in this lawsuit
5 that my client willfully violated the automatic
6 stay.
7 · · How do you believe that Xerox Education
8 Services willfully violated the automatic stay?
9 · · A· ·**Because I had a telephone calls from their**
10 **agent to collect -- or, you know, they were telling**
11 **me if I don't pay or I don't do anything about this**
12 **case, this loan, it's going to go into default, and**
13 **they're going to levy my wages -- which I did not**
14 **have any, except my only income was Social Security.**
15 **And they led me to believe which they can**
16 **garnish even my Social Security, which is not that**
17 **much to live on.**
18 · · Q· ·Any other ways that you claim that Xerox
19 Education Services willfully violated the automatic
20 stay?
21 · · A· ·**They're putting pressure on me, you know,**

Page 34

1　Q　-- 2016.
2　A　After June of --
3　Q　2016.
4　A　2016?
5　Q　Yes, sir. If you would like to look at
6　Exhibit Number 2 again, the other piece of paper you
7　have there.
8　A　This one?
9　Q　Yes, sir. That's Exhibit Number 2.
10　That's the notice of service that your attorney
11　filed in this case.
12　And if you turn to the second page, you can see
13　it shows that Xerox Education Services was served
14　on -- what is the date there?
15　A　July 25th, 2016.
16　Q　So, this date in Paragraph 20 of the third
17　amended complaint is not correct? Would you agree
18　with me?
19　A　I don't understand the relation between
20　these two documents here, whether this is a copy of
21　summons and complaint was served in March 18th.

Page 35

1　Q　Well, I think that refers to a different
2　defendant other than Xerox Education Services.
3　If you don't know, you can say you don't know.
4　A　No. I don't know.
5　Q　If you would look at Paragraph 22, you
6　claim that Defendant represented to you that the
7　adversary proceeding had been dismissed and that you
8　needed to consolidate your student loans.
9　A　Uh-huh.
10　Q　When do you claim that communication
11　occurred?
12　A　I don't recall, and I don't know, sir.
13　Q　Was it in those June, July, August time
14　frame of calls that you claim occurred?
15　　　MS. PARKER: Objection. You can answer.
16　A　I don't know. I don't want to give you,
17　you know, a wrong impression. I don't know.
18　Q　Was that communication made by phone or
19　letter? Or how was it made?
20　A　By phone.
21　Q　And what was the name of the person who

Page 36

1　made that communication?
2　A　I don't remember.
3　Q　How many times was that communication made
4　to you?
5　A　I don't remember either. It was more than
6　once.
7　Q　Do you have any notes related to that
8　communication?
9　A　No, sir.
10　Q　Do you have any recordings of that
11　communication?
12　A　No, sir.
13　Q　Does your wife have any notes of that
14　communication?
15　A　No, sir.
16　Q　What did you do immediately after you
17　received that communication?
18　A　I was panicked.
19　Q　Did you tell anyone?
20　A　No. I --
21　　　MS. PARKER: Objection. You can answer.

Page 37

1　A　I did not tell anybody, and I did not even
2　tell my wife.
3　Q　You didn't tell anyone that the defendant
4　had called you and told you the case was dismissed,
5　and you needed to consolidate your loans?
6　A　No.
7　Q　You didn't even tell your wife?
8　A　At that time, no. And then later on, I
9　decided to consolidate because of the pressure.
10　Q　So, how much time passed between the time
11　that you claim this communication happened where the
12　defendant said your case had been dismissed and you
13　need to consolidate your loans and the time you
14　actually told someone?
15　How long did that time pass?
16　A　It was in August. I don't know how long.
17　It was in August.
18　Q　August of 2015?
19　A　Yes, sir.
20　Q　Okay. And did you do anything to verify
21　that your bankruptcy case or the lawsuit had not

Page 38

1  been dismissed?
2  A  No.
3  Q  You didn't call your attorney to find out?
4  A  No, sir, I did not.
5  Q  All right.  In Paragraph 23 of your third
6  amended complaint, you claim that Defendant coerced
7  you into signing a new promissory note and selling
8  or transferring your loans to Nelnet.
9    Who came up with these words in your complaint?
10    MS. PARKER:  Objection.  But you can
11  answer, if you know, sir.
12  A  I don't know.
13  Q  Are those your words?
14  A  Nelnet?  Wait a minute.  No, I don't
15  recall but -- I don't know.  But I thought Nelnet is
16  a parent company of Xerox.
17  Q  You thought Nelnet was the parent of
18  Xerox?
19  A  Or SAC, something like -- ASC.
20  Q  You mean ACS?
21  A  ACS.

Page 39

1  Q  You thought Nelnet was the parent of ACS?
2  A  Either Xerox or that.  That was my
3  understanding.
4  Q  Do you understand that is not correct?
5  A  I don't know.  I still don't know.
6  Q  So, you claim that Xerox Education
7  Services coerced you.
8    How do you believe they coerced you?
9  A  Because by calling me and pressuring me
10  and trying to collect, you know, the debt I had,
11  and that's why I did.
12  Q  All right.  Well, you testified a minute
13  ago, you don't recall how many times you think they
14  called you; is that true?
15  A  That is correct, sir.
16  Q  And the documents you've produced, you
17  haven't produced any documents in August of 2015 for
18  collections.
19    Do you have any documents for collections
20  during that time frame?
21  A  No, sir.  I do not have any.

Page 40

1  Q  So, did they call you more or less than
2  five times to do what you call coercing you to sign
3  a new promissory?
4  A  More than five times.
5  Q  More or less than ten times?
6  A  Yes.
7  Q  More or less than ten times?
8  A  More than ten times.
9  Q  More or less than 20 times?
10  A  Well, less than 20 times.
11  Q  All in August of 2015?
12  A  Well, mid July and towards the end --
13  towards August 1st.  Part of August.
14  Q  And did you get the names of any of the
15  individuals?
16  A  No, sir.
17  Q  Was it the same individual each time?
18  A  Not the same.  Different.
19  Q  Do you have any way to determine what
20  dates those calls were made?
21  A  Specifically, no.  But as I said before,

Page 41

1  it was within the three months.  Early was -- in
2  June was not as heavy as, you know, the end of July
3  and the first part of August.
4  Q  Of 2015?
5  A  Correct.
6  Q  Okay.  Did you tell anyone that Xerox
7  Education Services was calling you before you signed
8  the new promissory note?
9  A  No.  I did not tell anybody.
10  Q  Did you think it was important, that you
11  should have told or gotten legal advice on that?
12  A  I didn't even think about it.
13  Q  And you did not actually consolidate your
14  loans with Nelnet.
15    You consolidated your loans with the U.S.
16  Department of Education; is that correct?
17  A  Correct.
18    (Exhibit No. 3 was subsequently marked for
19  identification and attached hereto).
20  BY MR. HOODENPYLE:
21  Q  Mr. Naffis, I've handed you what's been